## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Asher Bronstin
                Plaintiff,

v.                                             Case No.: 1:25−cv−06182
                                                      Honorable Sharon Johnson Coleman

Servbank SB
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/5/2025. The Court has reviewed the parties' joint initial status report [8]. Counsel for plaintiff would like the parties to proceed with both class and individual discovery. Counsel for defendant reported that defendant would like to proceed with individual discovery of plaintiff first. Case is referred to Magistrate Judge Valdez for discovery supervision and settlement. Judge Valdez has authority to set/adjust discovery deadlines, and, within the timeline mandated by Federal Rule of Civil Procedure 16(b)(2), is directed to set deadlines by which to join other parties and amend the pleadings. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.