# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Asher Bronstin

        Plaintiff,

v.                                         Case No.: 1:25−cv−06182
                                               Honorable Sharon Johnson Coleman

Servbank SB

        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference. Mailed notice. (ym)

Dated: August 5, 2025

                                                                    /s/ Sharon Johnson Coleman

                                                                        United States District Judge