# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Asher Bronstin
    Plaintiff,

v.              Case No.: 1:25−cv−06182
                Honorable Sharon Johnson Coleman

Servbank SB
    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

  MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. In the status report containing their proposed scheduling orders, Defendants' proposed dates are based on their suggestion that individual and class discovery be bifurcated. However, no properly supported motion seeking bifurcation has been filed or granted, and Defendants' statement in the status report gives no reasons for why bifurcation is appropriate in this particular case.The discovery schedule is entered as follows: any amendments to pleadings or actions to join other parties shall be filed by 11/21/25; all written discovery shall be issued no later than 1/16/26; the fact discovery deadline is 3/2/26; initial experts shall be disclosed by 3/24/26 and deposed by 5/1/26; and rebuttal experts shall be disclosed by 6/2/26 and deposed by 7/2/26. The parties are expected to proceed expeditiously to complete discovery by the deadline. There will be no extensions absent good cause under Fed. R. Civ. P. 16(b)(4), which requires diligence on the movant's part. See Alioto v. Town of Lisbon, 651 F.3d 715, 720 (7th Cir. 2011). The Court generally does not consider obligations in other cases, vacations, holidays, illnesses, or difficulty scheduling depositions to demonstrate good cause, as there is more than enough time to complete discovery even if those expected complications arise. No later than 12/5/25, the parties must file a joint status report describing discovery progress and the prospects of settlement. If they wish to begin the process of scheduling a settlement conference at any time prior to that date, they should notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.