**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | Case No. 1:25-cv-06182 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SERVBANK SB F/K/A ALLIED FIRST BANK | : | Hon. Sharon Johnson Coleman |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR THE DEADLINE TO AMEND PLEADINGS**

Plaintiff respectfully moves the Court for a 60-day extension of the current deadline to amend the pleadings or join additional parties. In support of this motion, Plaintiff states as follows:

1. The Court's scheduling order sets several deadlines that are approaching. First, there is a November 21, 2025 as the deadline for any amendments to the pleadings or actions to join additional parties. The parties must file a joint status report regarding discovery progress and settlement prospects by December 5, 2025. Written discovery must be issued by January 16, 2026, fact discovery closes on March 2, 2026, and expert deadlines follow thereafter.

2. The parties have engaged in ongoing meet-and-confer efforts regarding Defendant's written discovery responses. The Plaintiff believes several significant categories of information remain incomplete or outstanding, including identification of all vendors and third-party entities involved in generating or transferring leads; the factual bases for Defendant's affirmative defenses; documents and communications relating to Plaintiff and the calls at issue; vendor agreements and communications; consumer complaints and internal DNC-related

correspondence. Defendant has represented that additional information and supplemental responses may provided following the meet and confer (which the Plaintiff initiated more than a month ago).

3.      Good cause exists for the requested extension. The outstanding discovery concerns core issues in the case, including the relationships between Defendant and its agents or sub-vendors, internal policies and procedures, and data necessary to evaluate whether additional claims or parties should be added. Plaintiff has diligently pursued discovery, including issuing written requests, following up repeatedly, and obtaining third-party materials. Until Defendant completes its supplementation, Plaintiff cannot reasonably determine whether amendments or joinder are required.

4.      The requested extension will not prejudice any party. Fact discovery remains open until March 2, 2026, and no other deadlines will be affected. Allowing additional time for amendments will promote efficiency, ensure a complete factual record, and reduce the likelihood of later motion practice.

5.      Defendant does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the deadline to amend the pleadings or join additional parties by 60 days, to January 20, 2026, and granting such other relief as the Court deems just and proper.


PLAINTIFF, individually and
on behalf of others similarly situated,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich

2

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 20, 2025, I electronically served the foregoing on counsel for the parties.

<u>/s/ Anthony I. Paronich</u>
Anthony I. Paronich