# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Bronstin v. Servbank SB F/K/A Allied First Bank

Case Number: 1:25:-cv-06182

An appearance is hereby filed by the undersigned as attorney for:

Servbank SB F/K/A Allied First Bank

Attorney name (type or print): Joseph M. Labuda

Firm: Milman Labuda Law Group PLLC

Street address: 3000 Marcus Avenue Ste. 3W8

City/State/Zip: Lake Success, NY 11042

Bar ID Number:
(See item 3 in instructions)

Telephone Number: (516) 328-8899

Email Address: joe@mllaborlaw.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 21, 2025

Attorney signature: S/ Joseph M. Labuda
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

Joseph Labuda

| State | Year | Attorney Number |
|---|---|---|
| New York | 1995 | 2685048 |
| SDNY | 1996 | JL-5213 |
| EDNY | 2001 | JL-5213 |
| 2ND Circuit Court of Appeals | 2003 | N/A |