IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : : | |
| | : | Case No. 1:25-cv-06182 |
| Plaintiff, | : : | |
| v. | : : | |
| | : | |
| SERVBANK SB F/K/A ALLIED FIRST BANK | : : | Hon. Sharon Johnson Coleman |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR THE DEADLINE TO
AMEND PLEADINGS AND EXTENSION OF DISCOVERY**

Plaintiff Asher Bronstin, individually and on behalf of others similarly situated, respectfully moves the Court for (1) an extension of the deadline to amend pleadings or join additional parties and (2) a three-month extension of the discovery schedule. In support of this motion, Plaintiff states as follows:

1. The Court's discovery schedule provides that any amendments to pleadings or actions to join other parties shall be filed by November 21, 2025; all written discovery shall be issued no later than January 16, 2026; the fact discovery deadline is March 2, 2026; initial experts shall be disclosed by March 24, 2026 and deposed by May 1, 2026; and rebuttal experts shall be disclosed by June 2, 2026 and deposed by July 2, 2026. The parties are expected to proceed expeditiously to complete discovery by the deadline, and extensions are only permitted upon a showing of good cause under Fed. R. Civ. P. 16(b)(4).

2.	Plaintiff has proceeded diligently with discovery and has been actively pursuing information necessary to evaluate whether amendment of the pleadings and or joinder of additional parties is appropriate.

3.	Plaintiff has requested deposition dates for Mr. Skeffington, as well as the deposition of the person most knowledgeable or responsible for coordinating and conducting the search for responsive documents in this case, including the processes used to identify custodians, locate responsive materials, and collect and produce documents.

4.	Defendant has advised that deposition dates have not yet been confirmed but will be provided once Defendant hears back from its client.

5.	Plaintiff seeks to take these depositions before determining whether amendments or joinder are warranted, as the testimony is expected to address issues central to amendment and party-identification questions, including Defendant's internal processes and the scope and adequacy of document searches and productions.

6.	Good cause exists under Fed. R. Civ. P. 16(b)(4) to extend the deadlines sought here because Plaintiff has acted diligently and the requested relief is necessary to permit Plaintiff to make informed pleading decisions based on information reasonably available only through these depositions.

7.	Defendant has agreed to extend the discovery and amendment dates and has indicated it will provide deposition dates once received from its client. As such, Defendant does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order:

A. Extending the deadline to amend pleadings and or join additional parties from November 21, 2025 to January 20, 2026;

B. Extending the deadline to issue all written discovery from January 16, 2026 to April 16, 2026; and

C. Extending the fact discovery deadline from March 2, 2026 to June 2, 2026.

                PLAINTIFF, individually and
                on behalf of others similarly situated,

By:

                */s/ Anthony I. Paronich*
                Anthony I. Paronich
                Paronich Law, P.C.
                350 Lincoln Street, Suite 2400
                Hingham, MA 02043
                [o] (617) 485-0018
                [f] (508) 318-8100
                anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 8, 2026, I electronically served the foregoing on counsel for the parties.

                */s/ Anthony I. Paronich*
                Anthony I. Paronich