**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Asher Bronstin
                Plaintiff,

v.                                          Case No.: 1:25−cv−06182
                                                     Honorable Sharon Johnson Coleman

Servbank SB
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Maria Valdez: Hearing held on Plaintiff's Unopposed Motion for Extension of Time [24]. For the reasons stated in open court, the motion is granted in part. The deadline to amend pleadings and the fact discovery deadline are extended to 5/4/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.