IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SERVBANK SB F/K/A ALLIED FIRST BANK,<br><br>    Defendants. | Case No. 1:25-cv-06182<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Maria Valdez |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Servbank N.A. F/K/A Servbank SB and Allied First Bank, hereby discloses and certifies that, as of February 2, 2026: Servbank, N.A. is a federally chartered bank formerly known as Allied First Bank, SB and Servbank, SB. No publicly held corporation owns 10% or more of Servbank, N.A.'s stock. Servbanc Holdco, Inc., an Arizona corporation and the parent company of Servbank, N.A., directly or indirectly owns 5% or more of Servbank, N.A.

Dated: Lake Success, New York
      February 2, 2026

MILMAN LABUDA LAW GROUP PLLC

By:   */s/ Anna-Lisa Vanzo*
      Anna-Lisa Vanzo, Esq.
      Joseph M. Labuda. Esq.
      3000 Marcus Avenue, Suite 3W8
      Lake Success, NY 11042-1073
      (516) 328-8899 (office)
      annalisa@mllaborlaw.com
      joe@mllaborlaw.com
      *Attorneys for Defendant*
      *Serv Bank, N.A. F/K/A Allied First Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this February 2, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the ECF system which will send notification to all counsel of record.

Dated: February 2, 2026

                                                                                                                     */s/* Anna-Lisa F. Vanzo
                                                                                                                      Anna-Lisa F. Vanzo