IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : :  Case No. 1:25-cv-06182 |
| Plaintiff, | : : : |
| v. | : : |
| SERVBANK SB F/K/A ALLIED FIRST BANK | : :  Hon. Sharon Johnson Coleman |
| Defendant. | : : : |

**STATUS REPORT FROM PLAINTIFF[1] REGARDING
DISCOVERY PROGRESS AND PROSPECTS OF SETTLEMENT**

Pursuant to the Court's directive that no later than February 6, 2026 the parties file a joint status report describing discovery progress and the prospects of settlement, the parties submit the following.

Plaintiff's Discovery Status Report

Plaintiff has engaged in repeated meet-and-confer efforts to schedule depositions, but were not provided any dates. As such, the Plaintiff has provided a deposition notice for March 5, 2026 for an individual deposition. The Plaintiff still awaits dates for a Fed. R. Civ. P. 30(b)(1) deposition for the individual responsible for searching for responsive documents as Allied First did not produce documents that are available to them, including from other pending litigation in

---

[1] Plaintiff understands that Defendant has indicated an intent to seek an extension of the Court's deadline. Plaintiff nevertheless proceeded to comply with the Court's Order and timely submit this status report.

this Court.

Settlement Update

As to settlement, Plaintiff contends that the parties' ability to meaningfully evaluate settlement is constrained by the absence of complete and substantively appropriate discovery responses and production from Defendant, including documents and information necessary to assess Defendant's vendor relationships, internal records, and defenses.

>PLAINTIFF, individually and
>on behalf of others similarly situated,
>
>By:
>
>*/s/ Anthony I. Paronich*
>Anthony I. Paronich
>Paronich Law, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>[o] (617) 485-0018
>[f] (508) 318-8100
>anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2026, I electronically served the foregoing on counsel for the parties through the Court's CM/ECF system.

>*/s/ Anthony I. Paronich*
>Anthony I. Paronich