IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ASHER BRONSTIN, on behalf of himself and other similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | Case No. 1:25-cv-06182 |
| v. ) ) | |
| SERVBANK SB F/K/A ALLIED FIRST BANK, ) ) ) | Judge Sharon Johnson Coleman |
| ) ) | Magistrate Judge Maria Valdez |
| Defendants. ) ) | |

**STATUS REPORT FROM DEFENDANT REGARDING**
**DISCOVERY PROGRESS AND PROSPECTS OF SETTLEMENT**

Defendant writes following Plaintiff's unilateral filing of a status report, in contravention of the Court's December 5, 2025 directive (ECF No.22). Defendant reached out to Plaintiff to request an extension of the joint status report deadline so that the parties would have time to engage in further discovery and give the court a more robust report following the recent court hearing. Plaintiff refused and then unilaterally filed a status report without consulting the Defendant, necessitating Defendant's current filing.

Defendant's Discovery Status Report

Defendant responded to Plaintiff's notice of an individual deposition with alternative dates. However, despite repeated meet and confer efforts, Plaintiff has also refused to provide dates for the deposition of the Plaintiff. Further, Plaintiff has yet to produce receipts sufficient to identify the phone provider for the Plaintiff's cell phone during the relevant time period, despite agreeing to produce such documents over a month ago on December 31, 2025. Plaintiff has also refused to produce his browser history, which could include opt-in data, and is clearly relevant to Defendant's defenses. As such, if these issues are not resolved in short order via an additional meet and confer,

Defendant anticipates bringing a motion to compel these records as well as other discovery deficiencies, and compel Plaintiff's deposition.

Settlement Update

Due to the Plaintiff's withholding of browser history relevant to the Defendant's defenses and general reticence with regard to written discovery and depositions, Defendant is unable to meaningfully evaluate settlement at this time.

Dated: Lake Success, New York
      February 6, 2026               MILMAN LABUDA LAW GROUP PLLC

                                    By:   */s/ Anna-Lisa Vanzo*
                                            Anna-Lisa Vanzo, Esq.
                                            Joseph M. Labuda. Esq.
                                            3000 Marcus Avenue, Suite 3W8
                                            Lake Success, NY 11042-1073
                                            (516) 328-8899 (office)
                                            annalisa@mllaborlaw.com
                                            joe@mllaborlaw.com
                                            *Attorneys for Defendant*
                                            *ServBank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 6, 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the ECF system which will send notification to all counsel of record.

Dated: February 6, 2026

/s/ Anna-Lisa F. Vanzo
Anna-Lisa F. Vanzo