IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : : | **1:25-cv-06182** |
| v. | : : | |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : : : | |
| Defendant. | : : | |

**SUPPLEMENTAL STATUS REPORT
REGARDING DISCOVERY PROGRESS, PROSPECTS OF SETTLEMENT,
AND RELEVANT JUDICIAL AUTHORITY**

Pursuant to the Court's directive, Plaintiff submits the following Supplemental Status Report to apprise the Court of developments since the parties' respective status report filings of February 5 and February 6, 2026.

**Plaintiff's Discovery Status Report**

Plaintiff has continued to engage in good-faith meet-and-confer efforts to advance discovery. The Plaintiff will be deposing Adam Skeffington, Defendant's Director of Compliance, next week, and Defendant will be deposing Plaintiff next week as well. Plaintiff is currently in the process of serving a Rule 45 subpoena for a deposition upon Craig Mattson, Defendant's former employee who was involved in the calling conduct at issue, in Arizona, but Mr. Mattson appears to be evading service. Defendant has still not produced documents available to it, including documents from other pending litigation in this Court, a deficiency that bears directly on the core issues in this case and which the deposition of Mr. Skeffington is at least partially designed to address.

1

Plaintiff also draws the Court's attention to a summary judgment ruling issued on March 6, 2026 in *Katz v. Allied First Bank, SB*, Case No. 1:22-cv-05277 (N.D. Ill.), attached hereto as Exhibit A. In *Katz*, Senior Judge Gettleman granted in part and denied in part summary judgment against Allied First Bank, Defendant's predecessor entity, on TCPA do-not-call claims substantively identical to those at issue here, finding triable questions of fact as to vicarious liability under actual authority, apparent authority, and ratification theories. The documents from that litigation, referenced in Defendant's incomplete production here, are among those Plaintiff has been seeking and which Defendant has declined to produce.

**Defendant's Discovery Status Report**

Defendant has and continues to perform diligent searches for information within Defendant's possession, custody and control, and has produced all responsive non-privileged documents to the Plaintiff. As has been repeatedly reported to Plaintiff, Defendant is not in possession, custody, or control of any further responsive documents, and therefore cannot produce any additional documents. Defendant remains ready to meet and confer in good faith regarding any and all responsive documents within its control, and can make a production of documents from the *Katz* case (which recent order was less than a week ago) to the extent that those documents are equally responsive in the present action, which Plaintiff has not established.

**Settlement Update**

As to settlement, Plaintiff contends that the parties' ability to meaningfully evaluate settlement remains constrained by the absence of complete and substantively appropriate discovery responses and production from Defendant, including documents and information necessary to assess Defendant's vendor relationships, internal records, and defenses. Defendant similarly contends that its ability to meaningfully evaluate settlement is constrained at this time, as

Plaintiff's initial production was deficient. The recent partial denial of summary judgment in *Katz* further informs the parties' respective litigation positions and the prospects for resolution.

RESPECTFULLY SUBMITTED AND DATED this 12th day of March, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

MILMAN LABUDA LAW GROUP, PLLC
By: */s/ Joseph M. Labuda*
Joseph M. Labuda, Esq.
3000 Marcus Avenue Ste. 3W8
Lake Success, NY 11042
Tel: (516) 328-8899
Email: joe@mllaborlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 12, 2026, I filed the foregoing via CM/ECF, which will electronically send a copy of the same to counsel of record on the case.

> /s/ Andrew Roman Perrong
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com