**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | |
| | : | Case No. 1:25-cv-06182 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SERVBANK SB F/K/A ALLIED FIRST BANK | : | |
| | : | Hon. Sharon Johnson Coleman |
| | : | |
| Defendant. | : | |

**STATUS REPORT REGARDING
<u>DISCOVERY PROGRESS AND PROSPECTS OF SETTLEMENT</u>**

Pursuant to the Court's directive that no later than April 17, 2026 the parties file a joint status report describing discovery progress and the prospects of settlement, the parties submit the following.

<u>Discovery Status Report</u>

Fact discovery is nearing completion, but  Defendant believes that certain targeted follow-up discovery remains necessary as a result of plaintiff's March 20, 2026 deposition. During that deposition, Defendant's position is that plaintiff testified that key aspects of his claims are mased on materials not yet produced, including his underlying call/log notes, Goodle contract entries and associated notes fields, additional emails and attachments, and records relating to the phones/devices and accounts he used during the relevant period. Plaintiff also testified regarding an unsuccessful pre-suit attempt to obtain Mint Mobile records and identified other materials that may bear on ownership and use of the number at issue and the basis for attributing certain calls and texts to defendant.

Plaintiff opposes any attempt to seek an extension of discovery and contends that such

extension is unwarranted. Plaintiff's deposition, upon which Defendant contends more discovery is required, was conducted almost a month ago at this point, and Defendant has not issued a single additional piece of discovery since that date.

Defendant therefore intends promptly to serve narrowly tailored post-deposition discovery requests and a third-party subpoena directed to Mint Mobile. Defendant also continues to evaluate and respond to plaintiff's outstanding third set of discovery. In light of the deposition testimony and the targeted follow-up it necessitates, defendant intends to request a limited extension of the fact discovery deadline so that this post-deposition discovery can be completed efficiently and in an orderly manner. The Plaintiff has also served an expert witness report.

Settlement Update

As to settlement, Plaintiff remains open to resolving the case on a class-wide basis. Defendant believes any meaningful settlement discussions would benefit from completion of the targeted post-deposition discovery described above.

PLAINTIFF, individually and
on behalf of others similarly situated,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 17, 2026, I electronically served the foregoing on counsel for the parties through the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
