**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Asher Bronstin

          Plaintiff,

v.

Servbank SB

          Defendant.

Case No.: 1:25−cv−06182
Honorable Sharon Johnson Coleman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 20, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Attorney Colleen O'Neil's motion for leave to appear pro hac vice [35] is granted. Counsel of record is reminded that motions for leave to appear pro hac vice should be brought before the District Judge and not the Magistrate Judge. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.