## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Asher Bronstin

               Plaintiff,

v.                                   Case No.: 1:25−cv−06182

                                   Honorable Sharon Johnson Coleman

Servbank SB

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2026:

     MINUTE entry before the Honorable Maria Valdez: Hearing on Defendant's Motion for Limited Extension of Discovery Deadline [36] is set for 4/29/26 at 10:00 a.m. in Courtroom 1041. Remote and/or telephonic appearances are not allowed. Any written responses to the motion must be filed by 12:00 p.m. on 4/24/26. Upon review of the Motion for Leave to Appear Pro Hac Vice [35], it is outside the scope of the referral and thus was incorrectly marked for presentment to the Magistrate Judge. The motion is deferred for the district judge's consideration. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.