**United States District Court  Northern District of Illinois**
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

| Case Title: | | Plantiff(s) |
|---|---|---|
| | VS. | |
| | | Defendant(s) |

| Case Number: | Judge: |
|---|---|

I, _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

_____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if
necessary)

Has the applicant ever been:

**censured, suspended, disbarred, or otherwise disciplined by any court?**  Yes [ ]  No [ ]

**or is the applicant currently the subject of an investigation of the applicant's professional conduct?**  Yes [ ]  No [ ]

**transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?**  Yes [ ]  No [ ]

**denied admission to the bar of any court?**  Yes [ ]  No [ ]

**held in contempt of court?**  Yes [ ]  No [ ]

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

s/ *Colleen O'Neil*

| Date | Electronic Signature of Applicant |
|---|---|

| Applicant's Name | Last Name | First Name | Middle Name/Initial |
|---|---|---|---|
| Applicant's Law Firm | | | |

| Applicant's Address | Street Address | | Room/Suite Number |
|---|---|---|---|
| | City | State | ZIP Code | Work Phone Number and Email |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk.  No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:**  Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $199.00  The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

IN THE UNITED STATES DISTRICT COURT
FOR THE


-----------------------------------------X

ASHER BRONSTIN,

                  Plaintiff,

        -against-

SERVBANK SB F/K/A ALLIED
FIRST BANK,

                Defendant.
-----------------------------------------X

Case No. 1:25-cv-06182

**APPLICANT'S DISCLOSURE REGARDING PRIOR NEW YORK SUSPENSION AND REINSTATEMENT**

Applicant, Colleen Ann O'Neil, in support of her application for admission pro hac vice, states as follows:

1.      Applicant was admitted to practice law in the State of New York on September 16, 1998.

2.      By order entered on November 20, 2013, the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, suspended Applicant from the practice of law in New York for failure to comply with Judiciary Law § 468-a.

3.      At the time, Applicant was not engaged in the practice of law and had stepped away from practice while remaining home to raise her son.

4.      When Applicant later prepared to return to practice, she cured the registration deficiency and sought reinstatement.

5.      By order dated June 5, 2018, the Appellate Division, First Judicial Department granted Applicant's motion for reinstatement, effective June 5, 2018.

6.      Applicant is currently duly registered with the New York Office of Court Administration and is in good standing as an Attorney and Counselor-at-Law in the State of New York.

7.      Applicant makes this disclosure in the interest of candor and completeness in connection with her application for admission pro hac vice.

8.      True and correct copies of the June 5, 2018 reinstatement order and Applicant's current certificate of good standing are attached as exhibits.

Dated:  April 18, 2026
        Lake Success, New York

/s/ *Colleen O'Neil*

Colleen O'Neil, Esq.
**MILMAN LABUDA LAW GROUP PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899
colleen@mllaborlaw.com

*Counsel for Defendant*
*Servbank NA*

2