**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | Case No. 1:25-cv-06182 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SERVBANK SB F/K/A ALLIED FIRST BANK | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S NOTICE OF DEPOSITION OF PLAINTIFF'S EXPERT WITNESS
AARON WOOLFSON**

**PLEASE TAKE NOTICE**, that pursuant to Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, Defendant Servbank SB f/k/a Allied First Bank will take the deposition of Plaintiff's expert witness, Aaron Woolfson, on May 4, 2026, at 10:00 a.m., at the offices of Nelson Mullins, 123 N. Wacker Drive, 21st Floor, Chicago, IL 60606at 10:00 a.m.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will continue day to day until completed.

The deposition will be recorded stenographically and may also be recorded by video.

This deposition is noticed under the current scheduling order. If the Court grants Defendant's pending motion for a limited extension of discovery, Defendant reserves the right to adjourn this deposition and reset it for a mutually agreeable date after Plaintiff's production of the expert-related discovery identified in Defendant's post-deposition and expert supplemental requests.

Dated: Lake Success, New York
   April 26, 2026

              **MILMAN LABUDA LAW GROUP PLLC**

              /s/ *Colleen O'Neil*

              Colleen O'Neil
              3000 Marcus Avenue, Suite 3W8
              Lake Success, NY 11042
              516-328-8899
              colleen@mllaborlaw.com

              *Counsel for Defendant Servbank, sb*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2026, I served the within Notice of Deposition of Aaron

Woolfson via email upon the following:

**PERRONG LAW, LLC.**
Andrew Roman Perrong, Esq.
2657 Mt. Carmel Avenue
Glenside, PA 19038
a@perronglaw.com

**PARONICH LAW, P.C.**
Anthony Paronich, Esq.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Counsel for Plaintiff*

By:/s/ *Colleen O'Neil*

Colleen O'Neil