**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | 1:25-cv-06182 |
| v. | : : : | **NOTICE PROVIDING RECORD MATERIAL** |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : : | **FOR CLARIFICATION PURPOSES** |
| Defendant. | : : | |

Defendant Servbank SB (Formerly Allied First Bank) submits this notice to identify record materials relevant to issues discussed at the April 29, 2026 hearing on Defendant's Motion for Limited Extension of Discovery.

During the hearing the Court asked what information from Plaintiff's March 20, 2026 Deposition gave rise to Defendant's need for limited additional discovery. Defendant identified new questions regarding the telephone number at issue and Plaintiff's testimony concerning source materials underlying his "Telephone Solicitation Report." Plaintiff's counsel responded to the effect that Defendant appeared to be confusing Plaintiff's various telephone numbers.

To avoid possible confusion in the record, Defendant identifies the following materials, all of which relate to the issues discussed at the hearing:

1. Plaintiff's discovery response identifying the telephone number at issue as **(XXX) XXX-4803.** (Ex. "A").
2. Plaintiff's expert materials identifying the telephone number **(XXX) XXX-4803** in connection with the calls analyzed by Plaintiff's expert, Aaron Woolfson (Ex. "B").
3. Plaintiff's National Do Not Call Registry confirmation materials identifying **(XXX) XXX-4803**. (Ex. "C").
4. Plaintiff's deposition testimony identifying and referencing **(XXX) XXX-4083** as this number at issue. (Ex. "D").
5. Plaintiff's testimony identifying source materials underlying his Telephone Solicitation Report, which Defendant contends have yet been produced. (Ex. "E").

Defendant submits this notice solely to identify the record materials identified above, and Defendant stands ready to submit additional briefing if the Court so wishes.

Defendant sought Plaintiff's consent to submit the attached notice and Plaintiff did not consent.

Respectfully submitted,

*/s/ Colleen O'Neil*

Colleen O'Neil

**CERTIFICATE OF SERVICE**

I, Hope DeVito, certify that I, on April 29, 2026, served the within **Notice of Record Material for Clarification Purposes** to all counsel of record via ECF.

/s/ *Hope DeVito, Esq.*
Hope DeVito, Esq.