# EXHIBIT B

# UNITED STATES DISTRICT COURT
# OR THE NORTHERN DISTRICT OF ILLINOIS

**ASHER BRONSTIN,** individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

**SERVBANK SB (FORMERLY ALLIED FIRST BANK).**

    *Defendant.*

Case No. 1:25-cv-06182

<u>Presiding:</u>
Hon. **SHARON J. COLEMAN**

<u>Referral:</u>
Hon. **MARIA VALDEZ**

**DECLARATION OF EXPERT AARON WOOLFSON**

## <u>DECLARATION OF EXPERT AARON WOOLFSON</u>

I, Aaron Woolfson, state and declare as follows:

1. I have been retained by the Plaintiff to determine whether there is a reliable methodology for analyzing the call records in this lawsuit reflecting the calling done by or on behalf of the Servbank SB f/k/a Allied First Bank ("Servbank" or "Defendant").

2. More specifically, I have been asked to opine whether there is a reliable method to identify those calls contained within call detail records ("CDRs") that were placed to telephone numbers that were on the national Do Not Call ("DNC") list for more than thirty (30) days, and of those, which were received two (2) or more calls within a twelve (12) month period; and the method to further clarify those telephone numbers were associated with a residential type of service.[1]

3. As described in this Declaration, it my conclusion that there is a reliable method to identify (a) those calls that had been placed to residential numbers indicated on

---

[1] I understand from that which has been indicated to me by the FCC, that that national DNC registry is intended to protect residential numbers. Accordingly, telephone numbers contained within the national DNC list are presumed to be residential in nature. As described within my report, an additional confirmatory process can be conducted to remove any numbers that telephone companies have flagged as non-residential.

1

Declaration of Aaron Woolfson             Case No. 1:25-cv-06182

duration, or they contained a duration but it had been less than three (3) seconds, which was the shortest non-zero duration call that had been placed to the Named Plaintiff. This left 23,343,658 records.

37. From the 23,343,658 remaining records, I removed 10,897,140 records that indicated that calls were placed to numbers that were either (a) not on the DNC list, or (b) were on the DNC list but the calls were placed before the number had been on the DNC list for more than thirty (30) days. I also removed 3,313 calls from the list where the number was on the DNC, but there were not two (2) or more calls to that telephone number within 365 days.

| All items within "Defendant call Records" files [callLogs] : | 60,044,125 |
|---|---|
| Removal of any records that do not contain a telephone number: | - |
| Removal of any apparent duplicate call records (e.g. Removal of any records from the remaining call detail records ("CDR") where the call was recorded duplicatively. | (5,804,215) |
| Removal of any number that was not part of the FTC's list of valid TCPA-eligible north american numbering plan destination area codes, or records indicating a telephone number that was not ten a standard 10-digit number, or the record did not have a properly formatted date/time. | (59,587) |
| Calls that appear to have been test calls as they had been placed to the DID's that were used to originate the calls (e.g. "loopback") | (47) |
| Calls that were placed to telephone numbers that were less than three (3) seconds in length, which is the shortest non-zero duration call placed to the named plaintiff. | (30,836,658) |
| | |
| Removal of any calls from the list where the number to which the calls were placed to numbers that were (a) not on the DNC list, or (b) were on the DNC list but the calls were made before the number had been on the DNC list for more than thirty (30) days. | (10,897,140) |
| Removal of any calls from the list where the number to which the calls were placed to numbers that were on the NDNC list for more than thirty days, but there were not two (2) or more calls to that # within 365 days. | (438,781) |
| Quantity of unique numbers to which the **12,007,697** calls were placed, where the # was on the DNC list for more than thirty days and there were two (2) or more calls within 365 days, includes ten (**10**) calls to the number belonging to the Named Plainitff ending in -4803 | 1,216,748 |

38. This resulted in 12,007,697 calls that had been placed to 1,216,748 unique telephone numbers, including ten (10) calls placed to the Named Plaintiff's number

12