# EXHIBIT C

2/1/24, 11:55 AM                    Gmail - National Do Not Call Registry - Your Registration Is Confirmed

                                                                          

# National Do Not Call Registry - Your Registration Is Confirmed

**Verify@donotcall.gov** <Verify@donotcall.gov>                    Thu, Feb 1, 2024 at 11:54 AM
To: ▮▮▮▮▮@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 4803 on November 04, 2021. Most telemarketers will be required to stop calling you 31 days from your registration date.
[Quoted text hidden]