**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | |
| | : | CIVIL ACTION FILE NO. |
| | : | |
| Plaintiff, | : | JUDGE COLEMAN |
| | : | MAGISTRATE JUDGE VALDEZ |
| v. | : | |
| | : | **1:25-cv-06182** |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : | |
| | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S NOTICE OF PRESENTMENT OF AND
MOTION FOR CLASS CERTIFICATION**

**NOTICE OF PRESENTMENT**

PLEASE TAKE NOTICE that on Tuesday, June 30, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Asher Bronstin will present Plaintiff's Motion for Class Certification before the Honorable Sharon Johnson Coleman, United States District Judge, in Courtroom 1241 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

**MOTION FOR CLASS CERTIFICATION**

Plaintiff Asher Bronstin, on behalf of himself and others similarly situated, respectfully moves pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) for an order certifying the following Class:

> All persons within the United States whose phone numbers (i) are included in the call detail records of Diamond Select Lead Group's ("Diamond Select") account produced in this matter, and (ii) received more than one call from Diamond Select in any twelve-month period when their phone numbers were registered on the National Do Not Call Registry, and were registered for at least 30 days prior to the call, (iii) where the calls were placed between July 1, 2022 and August 31, 2022, inclusive.

1

Plaintiff further requests that the Court appoint Plaintiff Asher Bronstin as class representative and appoint Paronich Law, P.C. and Perrong Law LLC as class counsel.

The grounds for this Motion are set forth in Plaintiff's separately filed Brief in Support of Motion for Class Certification, the declarations and exhibits submitted in support, the record in this matter, and any argument the Court may permit.

WHEREFORE, Plaintiff respectfully requests that the Court certify the proposed Class, appoint Plaintiff as class representative, appoint Paronich Law, P.C. and Perrong Law LLC as class counsel, and grant such further relief as is just.

Date: June 23, 2026

PLAINTIFF, individually and
on behalf of others similarly situated,

By: /s/ Andrew R. Perrong
   Andrew R. Perrong
   Perrong Law, LLC
   2657 Mount Carmel Avenue
   Glenside, PA 19038
   [o] (215) 225-5529
   [f] (888) 329-0305
   a@perronglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I caused the foregoing to be filed via the Court's CM/ECF system, which will cause a copy to be served upon all counsel of record, in accordance with Local Rule 5.3(a)(1) and FED. R. CIV. P. 5(b)(2)(E).

/s/ Andrew R. Perrong
Andrew R. Perrong