**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | |
| Plaintiff, | : | JUDGE COLEMAN |
| | : | MAGISTRATE JUDGE VALDEZ |
| v. | : | |
| | : | **1:25-cv-06182** |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : | |
| | : | |
| | : | |
| Defendant. | : | |

**DECLARATION OF ASHER BRONSTIN**

I, Asher Bronstin, declare under penalty of perjury:

1. My name is Asher Bronstin. I am over 18 years old. I can testify competently to the undersigned statements.

2. This declaration is based on my personal knowledge.

3. My telephone number 202-XXX-4803 is on the National Do-Not-Call Registry and has been for at least 31 days since I began receiving the calls at issue from the Defendant.

4. I am the user of 202-XXX-4803.

5. I am the owner of 202-XXX-4803.

6. This number is used for personal, household purposes.

7. I never provided my consent to Defendant to make calls to the 202-XXX-4803 number in any manner.

8. To be clear, I do nothing to precipitate the illegal calls which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

9.      I understand that this lawsuit alleges that the Defendant violated the Telephone Consumer Protection Act by placing telephone calls to my telephone number.

10.      I understand that this is a proposed class action and that I am a proposed class representative.

11.      I understand that a class action is a lawsuit brought by at least one person on behalf of a group of people who have been treated in the same or essentially the same illegal manner by the Defendant.

12.      I am willing to be a representative of the class.

13.      To my knowledge, I have no interests inconsistent with those of the class members. I believe my interests are entirely consistent with the class members' interests because I seek to remedy Defendant's violations of the Telephone Consumer Protection Act, which have harmed other proposed class members in the same way.

14.      I understand that as a class representative I have the responsibility to: a) continue to consider the class's interests when making any decisions about the case and make all such decisions in the interests of the class, not just my own interests; b) to participate in the case and consult with my counsel about the case; c) and that I have testified at a deposition, may need to testify at trial and have and continue to provide documents and information for use in the case.

15.      I have stayed in contact with my counsel about the case and responded to written discovery requests when they requested them of me, was deposed, and am willing to appear to testify at trial in this matter.

16.      I have arranged for my counsel to advance all costs of this action, including the costs of any notification to the class.

17.     My number is on the Do Not Call Registry, and I did not provide any consent for anyone to make these calls to me.

18.     I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to any such payment, and I have not been promised or guaranteed money for being the class representative.

19.     I brought this case not for personal motives or financial gain, but as a bulwark for the rights of consumers against illegal telemarketing. I was not paid by anyone to do so.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this** Jun 22, 2026                          **, 2026**

_Asher Bronstin_
Asher Bronstin (Jun 22, 2026 16:13:50 PDT)

**Asher Bronstin**