**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| | : | |
| Plaintiff, | : | JUDGE COLEMAN |
| | : | MAGISTRATE JUDGE VALDEZ |
| v. | : | |
| | : | **1:25-cv-06182** |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : | |
| | : | |
| Defendant. | : | |

**DECLARATION OF ANDREW PERRONG IN
SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Andrew R. Perrong, declare under penalty of perjury:

1.      I make this declaration in support of Plaintiff's Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.      I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3.      I am a 2023 graduate of Temple University Law School, having graduated at the top of my class. In 2023, I was admitted to the Bar in Pennsylvania and in Oregon in 2024. Since then, I have been admitted to practice before multiple Federal District Courts, including for the Eastern District and Middle District of Pennsylvania, the District of Oregon, all Texas Federal Courts, and the Northern District of Illinois. I have also been admitted to practice before the Second and Third Circuit Courts of Appeals. From time to time, I have appeared in other State

and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

4.     In 2023, I started Perrong Law, LLC, focused on protecting consumers in class action lawsuits.

5.     So far, I have been appointed class counsel in the certified class action of *Aley v. LightFire Partners, LLC*, 5:22-cv-00330, which resulted in an individual settlement after class approval because of financial concerns surrounding the Defendant, and after Defendant's unsuccessful attempt at an interlocutory appeal, for which I was counsel on the brief.

6.     I was also appointed class counsel in the certified class action of *Ryan et al. v. Wilshire Law Firm, P.L.C.*, 2025-022621-CA-01, (Eleventh Jud. Cir. Miami Dade Cnty, Fl.), which was granted final approval on May 28, 2026.

7.     My appointment as class counsel is also currently pending in *Bond v. Folsom Ins. Agency LLC*, No. 3:24-cv-02551-L (N.D. Tex.), which is set for a preliminary approval hearing in July.

8.     My firm has no known conflicts with the proposed settlement class.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this June 23, 2026

**Andrew Perrong**