Page 6

roughly.

Q. Okay. Who do you live with?

A. My wife, two kids.

Q. What's your wife's name?

A. Stacey Slick.

Q. Is that S-l-i-c-k?

A. Yes.

Q. Can you describe your educational background for us?

A. Two years of college.

Q. Which college?

A. I went to Kishwaukee College and Triton College in Illinois, both.

Q. Did you say Kishwaukee?

A. Kishwaukee.

Q. Kishwaukee?

A. Yes.

Q. Okay. And what year -- what years were those?

A. '92 and '93.

Q. Okay. Did you seek any other additional education after those two years?

A. No.

Q. Okay. Do you have any certifications, degrees?

Page 7

A. No.

Q. Where do you currently work?

A. Peoples Bank & Trust Company. They're based out of Hazard, Kentucky, and I have a couple other businesses as well.

Q. Okay. What -- what's your role at Peoples Bank?

A. Manager.

Q. Okay. And how long have you been a manager at Peoples Bank?

A. I have been here roughly a year.

Q. Okay. And are you a -- are you in a brick and mortar, or are you virtual?

A. We have an office in Phoenix.

Q. Okay. And so you're the manager of that office?

A. Yes.

Q. Okay. Is that a branch manager position?

A. Yes. Yes, sir.

Q. Okay. Prior to being a branch manager at Peoples Bank & Trust, where did you work?

A. Well, I was at Allied for a while.

Q. Yeah, I'm going to ask about Allied in a little bit.

A. Okay.

Page 8

Q. Was there any job between Allied and Peoples First -- or Peoples Bank?

A. Yeah, just like a month I went to a place called Texana Bank, but that was not a good fit. So I moved on quickly to Peoples Bank & Trust Company

Q. Okay. In preparation for today's deposition, did you review any documents?

A. No.

Q. Speak to anybody?

A. No.

Q. Okay. How long did you work at Allied First for?

A. I want to say five years or so.

Q. Okay. And what was your -- what was the job you -- you started at Allied First?

A. Same thing, branch manager.

Q. And where was that branch located?

A. Scottsdale, Arizona.

Q. And were you a branch manager for the entire duration of your five years there?

A. Yes.

Q. And just generally, what were some of your job responsibilities as the branch manager?

A. Manage the loan officers, manage processors, did a lot of marketing for the loan officers, provided

Page 9

leads.

Q. How many loan officers did you have in the Scottsdale, Arizona, branch?

A. The most we had was probably 80, 81 officers

Q. Okay. Was that the only location where there are loan officers?

A. Yes.

Q. Okay. When you said you helped provide leads, what does that mean?

A. Generate leads through various different outlets, third parties, direct mail. We did some telemarketing when I was there.

Q. Okay. Who did -- who did you report to?

A. I would say it was Jeff Hutchison.

Q. The last name got cut off. Say it again?

A. Hutchison.

Q. Jeff Hutchison.

A. Jeff, Jeff, yes.

Q. And what was his role at the bank?

A. I'm not really sure. I'm not sure what his actual position was, but he was, I believe, the person that managed or was supposed to manage the branch managers of the offices.

Q. Okay. Do you know how many branch offices there were?

3 (Pages 6 - 9)

Page 10

A. I do not.

Q. Okay.

A. There were quite a few, though.

Q. Did you maintain the -- the role of branch manager throughout your time working there, or were there any promotions to something else?

A. No -- no. I mean I did a little bit of recruiting initially, but that was it. But I just got busy running our branch.

Q. Was the -- was the position salaried or was it based on any --

A. No. 100 percent commission.

Q. Commission. Okay.

A. Yes.

Q. And how were your commissions structured?

A. Whatever I want it to be. Depending on how much -- the funds available in the operating account. I was running my own profit and loss so as -- sometimes there was money in there, most of the time there was. And then if I chose to draw something, I would just request it.

Q. And who did you have to request it from?

A. I think ultimately it was Ken Bertrand's decision. We would send the request to him, and then he would approve it.

Page 11

Q. And who is Ken Bertrand?

A. Ken was the president of the bank.

Q. Did you have a formal employment contract?

A. Yes.

Q. And were your commission -- was your commission structure outlined in that -- in that agreement?

A. I don't remember -- I don't recall exactly how it read, but it was similar to what I just said as the money was available in the operating account, I could pull -- pull it, request it.

Q. So the commissions weren't tied to how many loans you closed or the volume of --

A. No, no.

Q. It was just tied to profit?

A. Yes.

Q. And how often would you -- would you take a commission?

A. Usually on payroll dates, which were biweekly, I would request something.

Q. Was there a minimum salary that you received in addition to commissions?

A. No, not that I -- no, not that I recall.

Q. Did you receive benefits?

A. Yes.

Page 12

Q. Okay. How often would you meet with Jeff Hutchison with respect to, you know, loans and loan closings?

A. Never.

Q. Did you ever have to provide him with any of your reports?

A. No.

Q. Okay. Did you ever regularly meet with the loan officers?

A. Yes.

Q. How often did you meet with the loan officers?

A. At least two or three times a week.

Q. Okay. And what was the purpose of those -- those meetings?

A. Just to go over production numbers, marketing, things of that nature.

Q. In the two or three time per week, would that be with all 80, 80 or so loan officers?

A. Yes.

Q. Were those meetings in person or virtual?

A. In person.

Q. Were there any agendas for those meetings or just ad hoc?

A. No real agenda, no.

Page 13

Q. Okay. Without -- you mentioned earlier that while working for Allied First, you said you had some side businesses?

A. When I worked at Allied First, yes.

Q. Was one of those called Suncovia?

A. No.

Q. Have you ever heard of Suncovia?

A. Yeah, I started Suncovia after I left Allied.

Q. And when did you start Suncovia?

A. December of 2022.

Q. Okay. And what is Suncovia?

A. It's a solar company.

Q. Okay. As part of that solar company, did you purchase leads from sources?

A. Yes, we -- yes.

Q. Was there any mix between Suncovia and Allied First with respect to leads?

A. No.

Q. So the loads -- the leads that you purchased for Suncovia were distinct from those you purchased for Allied First?

A. Yes. It's a solar lead not a mortgage lead. So they're never, never the same.

Q. Have you heard of Diamond Select Lead Group?

A. Yes.

4 (Pages 10 - 13)

Page 14

Q. What is that?

A. It was a telemarketing company that I had that generated leads for mortgage.

Q. And who owned that company?

A. I did.

Q. And it was specifically for mortgage leads?

A. Yes.

Q. And when did you start that company?

A. I'm not sure. Seven or eight years ago, maybe.

Q. Is it still in business?

A. No. It's no longer in business as of, I don't know -- I want to say 12 months ago or so.

Q. Twelve months? Okay.

A. Or longer, maybe 12 or 15 months ago.

Q. Okay. And when -- when you were working at Allied First, was there any -- any mix between Allied First and Diamond Select?

A. No. We were not really using it, no.

Q. Did Allied First ever purchase leads from Diamond Select?

A. Yes.

Q. And was there any sort of contract relationship between the parties?

A. No.

Page 15

Q. Were you the only employee of Diamond Select?

A. Yes -- was I the only employee?

Q. Yeah.

A. No, no. I had telemarketers.

Q. Okay. So how many employees did Diamond Select have?

A. Probably 30 to 35 at its peak.

Q. Okay. And how would Diamond Select generate leads?

A. Purchase aged form fills, online form fills, and then dial them.

Q. Okay. And when you say "purchase," purchase from who? Affiliates?

A. Yes.

Q. Partners?

A. Yes.

Q. And how many partners or affiliates did you purchase leads from for Diamond Select?

A. There were several.

Q. Okay. Was Consumer Nsight one of them?

A. Yes.

Q. Was Iconic Results another one?

A. Yes.

Q. Okay. So to understand correctly --

A. Iconic -- Iconic, I'm sorry, I'll correct

Page 16

that. Iconic just sends warm transfers from their call center. So I never bought data from them, but I bought live transfers from them.

Q. Do you know how the -- strike that. For the leads at Diamond Select sold to Allied First, how would Diamond Select be compensated?

A. Diamond Select would be -- I would submit an invoice to Allied. They knew I had the call center too. They knew it was my business and we would pay, I believe, it was a hundred dollars per transfer. And then I would pay for a bundle of those that, I don't know, 200 or 300 transfers. And then when we got through those, then I would submit the invoice for it.

Q. And did you -- did you discuss with anyone at Allied First that you were selling leads for a company you owned to Allied First?

A. Yes.

Q. And who did you discuss that with?

A. Hutchison, Jeff Hutchison.

Q. Okay.

A. And Ken Bertrand.

Q. Okay. Do you recall any of those communications being in writing?

A. I don't recall.

Q. Okay.

Page 17

A. I'm not sure.

Q. Do you -- do you specifically have a recollection that you told either Hutchison or Bertrand than you owned Diamond Select?

A. Yes.

Q. Okay. So it's your position that they were both aware that Allied First was purchasing leads from a company that you owned?

A. Yes.

Q. Okay. Did you ever have to get approval from Allied First in order to buy leads from a specific source?

A. Yeah, we had to submit, at times, I believe, all the vendors that we were using.

Q. Okay.

A. It wasn't all the time, but I believe we had to do that a few different times throughout the years that I was there.

Q. Okay. When Diamond Select purchased a lead, you said you had a call center that would call the lead?

A. Yes. An employee at Diamond Select would call the leads, yes.

Q. And would they then have a warm transfer to Allied First?

5 (Pages 14 - 17)

Page 18

A. Yes.

Q. Would Allied First make any outgoing calls?

A. We made outbound calls all the time, yes, to loan officers.

Q. Okay. And who were those outbound calls to?

A. Customers, potential customers.

Q. Okay. Were they for leads that were purchased?

A. Yes.

Q. Okay. So I guess what I'm getting at, were they both warm transfers in just hard leads that were sold to Allied First from Diamond Select?

A. Not just Diamond Select, probably ten -- ten different vendors.

Q. Yep, I'm going to get into different vendors.

A. Okay.

Q. But with respect to Diamond Select, Diamond Select would sell hard leads --

A. No. Diamond Select would just do warm transfers.

Q. Okay. So the only leads that Allied First purchased from Diamond Select were warm transfers?

A. Yes.

Q. Okay. And on those warm transfers, Allied First would not be making outbound calls, is that fair?

Page 19

A. That's fair.

MR. PARONICH: Form.

A. Say someone received a live transfer, they talked to the person, the person doesn't decide to move forward today. The loan officer would still follow up on that lead.

Q. (BY MR. POLANSKY) Okay. So let me specify that. So they would not make the initial call, but they would sometimes make follow-up calls. Is that fair?

A. Yes.

Q. Okay. Did -- do you know how many warm transfers Diamond Select made to Allied First over the years?

A. A lot. I have no idea what the number was. A lot, though.

Q. And for every warm transfer you said you got a hundred dollars per lead?

A. I think it was a hundred, yeah. That's what I remember.

Q. And does Diamond Select still have those records?

A. Of -- no. No, I would not.

Q. Okay. What was the reason Diamond Select went out of business?

Page 20

A. Just no real need for it anymore.

Q. Okay.

A. Mortgages have slowed way down.

Q. And what was your job title at Diamond Select?

A. Owner.

Q. Okay. So you received all the profits?

A. Yes.

Q. And how long was the period of time that Diamond Select would sell warm transfers to Allied First?

A. I'm sorry, what was that again?

Q. How long was the period of time that Diamond Select would sell warm transfers to Allied First?

A. How long?

Q. Yeah, was it for a year, three months?

A. No, it was for -- it was for a while. I don't recall.

Q. Okay.

A. It was a big part of the volume when we were doing a lot of loans.

Q. Did Diamond Select generate their own leads or just purchasing leads from third parties?

A. Purchase the data and then call the data.

Q. Okay. And do you recall who they purchased

Page 21

the data from?

A. There were several -- several vendors.

Q. Any vendors that come to mind?

A. I don't remember some of the names of them these days. I'm not sure.

Q. Okay. Would Diamond Select still have records of the vendors they would purchase leads from?

A. Possibly some, maybe some.

Q. Okay. Would Diamond Select keep call records for the leads they called on?

A. Going back that far, no.

Q. Would they keep call records for the warm transfers?

A. No.

Q. Okay. Do you recall who specifically approved Diamond Select as a vendor by Allied First?

A. Allied did. I don't know, Jeff. I mean, I told them when we first started that I had a call center.

Q. Okay.

A. And I told them it was Diamond Select Lead Group and they approved it.

Q. And did they raise any concerns being the owner of that company while being paid commissions at Allied First?

6 (Pages 18 - 21)

Page 42

Q. Is that -- is that rate 145 per lead?

A. Yes.

Q. And these were for -- you were purchasing warm transfers; is that right?

A. Yes.

Q. Did you ever receive 500 warm transfers from Iconic Results or Consumer Nsight?

A. I'm not sure if we received all of them. I know that I was not happy with them. I don't remember. I think we did get all 500 possibly. I'm sure they ended up sending that many.

Q. Okay. And, again, I don't want you to guess, so if you have a memory, great, if you don't, don't.

A. I do not recall, no. I do not recall if we received all of those.

Q. Okay. You said you weren't happy with them, what weren't you happy about?

A. Just, I would say, the quality. They were just shoving over some people that were not very interested. We didn't have a very high success rate on it. I know we didn't recover what we paid for this batch. I remember that.

Q. Okay. Now, these -- the description is Prescreened Refinance Live Transfers.

A. Yes.

Page 43

Q. What is -- what were you looking for to purchase, what types of leads?

A. People that were looking to refinance or pull cash out of their home to pay off debt.

Q. Okay. I'm going mark as the next exhibit, Exhibit 3.

(Deposition Exhibit 3 was marked.)

Q. (BY MR. POLANSKY) And I'm going zoom in if I can. This is an e-mail chain between you and Rick at Consumer Nsight.

A. Okay.

Q. And he says, at the very bottom here on June 25, 2022, "Craig, are there loans types/programs you're trying to target more? I know interest rates are on the rise, we can tailor and adjust."

Do you see that?

A. Yes.

Q. And you responded with, "We are targeting FHA, VA and Conventional cashout for the most part."

Can you explain the types of leads that you were looking to purchase from that description?

A. It could have been an FHA customer, VA or someone sending conventional loans.

Q. Okay. But these were refinances?

A. Yes.

Page 44

Q. Okay. And then he responded, "What's your max LTV % for VA, FHA, and CONV?" C-O-N-V, I think conventional. "Also, minimum credit score?"

Do you see that?

A. Yes.

Q. Can you explain what he's asking you?

A. Yeah, just like -- maybe just to make sure that the leads they're sending fit our criteria as far as what Allied First is able to do as far as what our, maybe, guidelines are in order to approve a loan.

Q. Okay. And then you responded with, "100% cashout for VA with a 640 score."

What does that mean?

A. That means on a VA loan, vets can pull out a hundred percent of their equity, if they have that 640 credit score at that time.

Q. And what does it mean "80% cashout on FHA with a 580"?

A. That means that we can go up to 80 percent cashout, or we could at that time. 80 percent cashout on an FHA cashout refi with a 580 credit score.

Q. Okay. And then lastly, what is "95% cashout on conventional with a 700 score" mean?

A. Same thing, that we can go up to 95 -- we can pull up to 95 percent of their loan to value at that

Page 45

time with a 700 credit score on a refinance.

Q. Okay. So if I understand from these e-mails, you're telling him the types of consumers you're looking to -- to refinance a loan with, is that fair?

A. Yes.

Q. Are you telling him how to go about and obtain leads for you?

A. No.

Q. Okay. And he responds back with "Refinance Transfers. Aged Internet Refinance Leads."

Do you see the -- the e-mail he sends on January 25th?

A. Yes.

Q. He provides the time frames that he's going to send, right?

A. Yes.

Q. What does it mean, "Posting Lead Assignment to Loan Officers that answer the phone"?

A. I'm not sure.

Q. Okay. He says, "Price point $145 to you, as long as the order commitment is for a minimum of 25 calls per day for 1 month, 500 calls in total."

Is that the proposed cost?

A. Yes.

Q. Okay. What is an updated suppression file?

12 (Pages 42 - 45)

Page 46

A. So he's talking about a different -- he would maybe sell us some leads for -- for my call center.

Q. Okay.

A. That's what he's talking about there.

Q. Okay. And I understand you didn't purchase any data for your call center, is that fair?

A. No.

Q. Okay. So you just purchased the first category of the refinance transfers; is that right?

A. That's correct.

Q. Okay. So this is -- this e-mail chain is dated January 25th [sic]. And then on January 28th -- I'm going to mark this Exhibit 4.

(Deposition Exhibit 4 was marked.)

Q. (BY MR. POLANSKY) He sends you his banking information; is that right?

A. Yes.

Q. And then on the same day, he sent you the proposal, right?

A. Yes.

Q. Now, the campaign went live on February 3rd; is that correct?

A. Yes. That's what it looks like, yes.

MR. POLANSKY: I'm going to mark this Exhibit 5.

Page 47

(Deposition Exhibit 5 was marked.)

Q. (BY MR. POLANSKY) What is a DID number?

A. That is just a number that we would give them so they can route the numbers to us.

Q. Okay.

A. So like a -- a ring-to number.

Q. So that's the number they were transferring them all to?

A. Yes.

Q. Okay. And then he says, "Good morning brother, keep me posted on the DID. Also, please make sure Velocify has all the LOs."

What's an LO?

A. Loan officer.

Q. And that's added to the ICON campaign. What was the ICON campaign?

A. That was just the warm transfer campaign that we would have pop up on their phone so our loan officer knew where the lead was coming from.

Q. Okay. You confirmed that they had the correct DID. And then he says on February 3, "I'll get an ETA as to when you'll be in the rotation for transfers."

Do you see that?

A. Yes.

Page 48

Q. And what did he mean by the rotation for transfers?

A. I think what he means there is we're not the only person that was purchasing transfers from them, so they would add us into the rotation with the other brokers or other relationships that they have to make sure that we're getting some of the calls.

Q. Okay. And then on the same date he says, "Do you see these caller IDs?" And he lists three of them. And then he further sends the spreadsheet of four posts. "Here are the posts."

What do these posts mean? Is that the first batch of leads?

A. They were test -- they were test leads to make sure that they were hitting our CRM.

Q. Okay. Okay. You wrote, "They all came through. Going live!"

And this just confirms that's when the live transfer campaign went forward; is that right?

A. Yes.

Q. Okay. Have you ever spoken to anyone at Iconic Results about the warm transfer lead campaign?

A. I did, yes.

Q. Okay. And it was at -- before the campaign got started or after it got started?

Page 49

A. I don't recall.

Q. Okay. Do you recall anything about those conversations?

A. Yeah, I mean, I know that there was a couple conversations where I -- I think this was my first time ever doing business with them, and I said, "Hey, these -- these leads are not good." Like, you're just -- some of them -- some of them were just -- we weren't taking many applications, I remember that. It wasn't a very high-quality lead, I wasn't very happy about that. I remember that at the time but that's it.

Q. Okay. And what was your role at Allied First during the campaign? Was it to generate the leads for the loan officers?

A. Yes.

Q. Okay. You personally didn't initiate any calls, did you?

A. No.

Q. Okay. What about did you follow up on any calls to consumers?

A. If there was a consumer complaint or something, I would -- I would get involved.

Q. Okay. For this warm transfer campaign from Consumer Nsight, did DSLG assist in tracking any of the calls?

13 (Pages 46 - 49)

Page 54

Diamond Select?

A. That's what we would have been using for Diamond Select at that time, yes.

Q. And there was -- the data that you purchased for Diamond Select, did that come from Consumer Nsight only, or were there sources other than Consumer Nsight?

A. I don't recall.

Q. Okay. Do you still have an account with ZenCall, who I also understand is currently referred to as Readymode?

A. We -- we just started back up with them. We weren't working with them for the last couple years. We just started back up with them recently. But not for -- not for mortgage.

Q. Understood.

A. And not for Diamond Select.

Q. So I was just going to ask and I'll get a clear record on it, the account owner previously for ZenCall was Diamond Select, but now it's a different company; is that right?

A. Correct.

Q. Okay.

A. That's correct.

Q. Was any other dialer used by ZenCall to make calls -- excuse me.

Page 55

Was any other dialer other than ZenCall used by Diamond Select to make calls for Allied First?

A. No.

Q. I understand you testified earlier that some of the loan officers would make direct calls after the warm transfers; is that correct?

A. Correct.

Q. What dialing system would be used for those calls?

A. Just our regular phone system or it would have been through the -- directly through the CRM that we were using at the time.

Q. What CRM were you using at the time?

A. Oh, man. I don't know. We had a couple different ones, I'm not sure what one we were using at that time.

Q. Okay. Do you remember the phone system that you just referred to. What that was called?

A. I believe we were using Nextiva maybe.

Q. Okay. You had testified earlier that you had been deposed before, correct?

A. Correct.

Q. What kind of lawsuit was that prior deposition related to?

A. It was a previous bank, Goldwater Bank that I

Page 56

worked at.

Q. Understood. And in what context was the deposition? Was it a lawsuit brought by you or someone else?

A. It was a lawsuit brought by Goldwater Bank.

Q. And what type of lawsuit was it?

A. It was -- I don't know. It was something. Like -- I don't remember what it even was. They made something up to try to avoid paying me what they had owed me. I don't remember exactly what it was they filed. I had went to a different bank, and they sued me for going to the other bank.

Q. I see.

A. And then I countersued them.

Q. Understood. Do you assert that you're owed anything by Allied First?

A. There's definitely some invoices that I didn't get paid, but it's water under the bridge at this point. I'm not requesting anything.

Q. Understood. Okay. Was Diamond Select created for the purpose of generating leads for Allied First?

A. I had it prior to joining Allied First, and I used it at previous companies.

Q. Understood. When you were working for Allied

Page 57

First, did you use Diamond Select to work with any other companies?

A. No.

Q. So during the time of your employment for Allied First, Diamond Select was exclusive for Allied First?

A. Yes.

Q. Okay. And how long approximately did you work for Allied First?

A. I -- I don't recall. I think it was, like, five years.

Q. Okay. Did Diamond Select utilize the National Do Not Call Registry before making calls?

A. Yes.

Q. And how -- how did it utilize it did? Did it have an SAN number?

A. A SAN number, yes.

Q. And so did it utilize the SAN number before making all of its calls?

A. I don't recall.

Q. Do you recall any of the types of data that it would purchase that it would not use the SAN number for?

A. I don't -- I'm not -- not sure.

Q. So you know that Diamond Select had a SAN

15 (Pages 54 - 57)