**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Asher Bronstin

                        Plaintiff,

v.                                                          Case No.: 1:25−cv−06182
                                                            Honorable Sharon Johnson Coleman

Servbank SB

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 14, 2026:


        MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 7/14/26. For the reasons stated in open court, Defendant's Motion to Modify Expert Discovery Schedule [58] is granted. Any limited supplemental deposition of expert Woolfson shall be completed by 7/31/26; Defendant's rebuttal expert disclosures shall be served by 8/28/26; and those expert depositions shall be completed by 10/2/26. A joint status report is due by 9/11/26. Mailed notice. (kl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.