**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | **1:25-cv-06182** |
| v. | : | |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : | |
| Defendant. | : | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's July 14, 2026 Order, Plaintiff and Defendant, by and through their respective undersigned counsel, jointly submit this Status Report to apprise the Court of the status of expert discovery.

**Status of Expert Discovery**

On July 14, 2026, the Court granted Defendant's Motion to Modify Expert Discovery Schedule and set the following deadlines: (i) any limited supplemental deposition of expert Woolfson to be completed by July 31, 2026; (ii) Defendant's rebuttal expert disclosures to be served by August 28, 2026; and (iii) the expert depositions to be completed by October 2, 2026. The Court further directed the parties to file a joint status report by September 11, 2026.

A limited supplemental deposition of expert Woolfson was completed by the July 31, 2026 deadline.

Defendant has served its rebuttal expert disclosures. Defendant has also agreed to accept service of deposition notices for its rebuttal experts, and those depositions are presently scheduled to proceed on September 24, 2026 and September 29, 2026.

The parties are on track to complete the deposition of Defendant's rebuttal experts and expert discovery by the October 2, 2026 deadline and do not presently anticipate requesting a further extension. Promptly after expert discovery closes, Defendant intends to file with Judge Coleman a motion under Fed. R. Evid. 702 to exclude or limit the opinions of Plaintiff's expert, Aaron Woolfson, and to request that the Rule 702 issues be resolved before the Court adjudicates Plaintiff's pending motion for class certification. Plaintiff intends to oppose.

RESPECTFULLY SUBMITTED AND DATED this 10th day of September, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorneys for Plaintiff*

/s/ Colleen O'Neil
Colleen O'Neil, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
516-328-8899
colleen@mllaborlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2026, I filed the foregoing via CM/ECF, which will electronically send a copy of the same to counsel of record on the case.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com