**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | **1:25-cv-06182** |
| v. | : | |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : | |
| Defendant. | : | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Minute Entry directing the parties to file a status report no later than October 9, 2026 advising whether they wish to schedule a settlement conference, Plaintiff and Defendant, by and through their respective undersigned counsel, jointly submit this Status Report.

**Settlement Conference**

The Parties do not wish to schedule a settlement conference at this time.

RESPECTFULLY SUBMITTED AND DATED this 9th day of October, 2026.

*<u>/s/ Andrew Roman Perrong</u>*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorneys for Plaintiff*

/s/ Colleen O'Neil
Colleen O'Neil, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
516-328-8899
colleen@mllaborlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I filed the foregoing via CM/ECF, which will electronically send a copy of the same to counsel of record on the case.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com