**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | ) | |
| | ) | Case No. 1:25-cv-06182 |
| Plaintiff, | ) | |
| | ) | Judge Sharon Johnson Coleman |
| v. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| SERVBANK SB f/k/a ALLIED FIRST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, November 4, 2026, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Sharon Johnson Coleman, United States District Judge, in Courtroom 1241 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present Defendant Servbank SB f/k/a Allied First Bank's Motion to Exclude or, Alternatively, to Limit the Opinions of Plaintiff's Expert Aaron Woolfson, a copy of which is hereby served upon you.

Dated: October 26, 2026

Respectfully submitted,

By: /s/ Colleen O'Neil

Colleen O'Neil
**MILMAN LABUDA LAW GROUP PLLC**
3000 Marcus Avenue, Suite 3W8
Lake Success, New York, 11042
Tel: 516-328-8899
colleen@mllaborlaw.com
*Counsel for Defendant Servbank SB f/k/a Allied First Bank*

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ *Colleen O'Neil*
Colleen O'Neil