# Exhibit B

## Apr 30-May 3, 2026 e-mail thread (Perrong/O'Neil)

## Colleen O'Neil

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Sunday, May 3, 2026 3:09 PM
**To:** Colleen O'Neil
**Cc:** Anthony Paronich; Joseph Labuda; Hope Devito
**Subject:** Re: Bronstin v. Allied First - Third-Party Subpoena Productions
**Attachments:** Documents.zip; Subpoena.pdf; Peerless Subpoena Response.pdf

1. and 4. AM Communications Labs and XenCall are the same company.
Not sure what the issue is on 2.
On 3:
AT&T's subpoena response is re-attached.
Airus never responded to our subpoena.
Peerless' response is re-attached.
Voyce never responded to our subpoena.

On Thu, Apr 30, 2026 at 7:18 PM Colleen O'Neil <Colleen@mllaborlaw.com> wrote:

> Andrew and Anthony –
>
> I am reviewing the third-party subpoena materials in our file and want to make sure our record is complete. At the moment, I have the following:
>
> 1. AM Communications Labs – I have the subpoena and three CDR files, but I do not have any cover email, cover letter, custodian certificate, verification, or other transmittal identifying the production.
>
> 2. Nuso – I have the subpoena and the email response.
>
> 3. AT&T, Airus, Peerless, and Voyce – I have subpoenas for each of these but no responses or productions.
>
> 4. XenCall / Readymode – I have three CDR files that appear identical to the AM Communication Labs CDR files, but I do not have any subpoena, cover email, transmittal, certification, or other record showing how those files were obtained or produced.

Would you please confirm whether there are any documents or communications missing from my file? If so, please send complete copies so that our file is complete.

Thanks

Colleen

---

Colleen O'Neil - Partner

Milman Labuda Law Group PLLC

3000 Marcus Avenue, Suite 3W8

Lake Success, New York 11042

Telephone Direct: (516) 303-1395

Telephone Office: (516) 328-8899

Fax: (516) 328-0082

This information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message and the enclosed documents in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify me immediately. Thank you.