# Exhibit E

## Woolfson Supplemental Declaration

UNITED STATES DISTRICT COURT
OR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ASHER BRONSTIN,** individually and on behalf of all others similarly situated,<br>*Plaintiff*,<br>v.<br>**SERVBANK SB (FORMERLY ALLIED FIRST BANK).**<br>*Defendant*. | Case No. 1:25-cv-06182<br>Presiding:<br>Hon. **SHARON J. COLEMAN**<br>Referral:<br>Hon. **MARIA VALDEZ**<br>**SUPPLEMENTAL DECLARATION OF EXPERT AARON WOOLFSON** |

## SUPPLEMENTAL DECLARATION OF EXPERT AARON WOOLFSON

I, Aaron Woolfson, state and declare as follows:

1. I have been retained by the Plaintiff to determine whether there is a reliable methodology for analyzing the call records in this lawsuit reflecting the calling done by or on behalf of the Servbank SB f/k/a Allied First Bank ("Servbank" or "Defendant").

2. On March 17, 2026, I proffered a report in this matter in which I conducted a waterfall analysis that consisted of a applying a cascading set of logical steps through which I was able to identify those calls contained within call detail records ("CDRs") that were placed to telephone numbers that were on the national Do Not Call ("DNC") list for more than thirty (30) days, and of those, which were received two (2) or more calls within a twelve (12) month period; and the method to further clarify those telephone numbers were associated with a residential type of service.

3. I have subsequently been asked to create this Supplemental declaration to my previous analysis to identify which calls were placed dates of **07/01/2022** and **08/31/2022**, using the same criteria in that analysis.

4. I am personally familiar with the matters that are contained within this

declaration, and if called to testify, I can accurately and competently testify as to them.

**Steps I Took to Organize and Analyze the Supplemental Analysis.**

5. To identify calls for the supplemental analysis, I utilized the previous analytical methods as more fully described in my pervious report to apply a set of filters to tag calls to identify which calls were placed using the criteria in my original report, and then applied a supplemental filter to determine whether the call was between 07/01/2022 and 08/31/2022.

**<u>Waterfall Analysis</u>. Steps that I applied to determine the quantities of calls that were placed to telephone numbers that had been on the national Do-Not-Call ("DNC") list for more than thirty (30) days, and were called on two (2) or more occurrences within 365 days, and the quantity of unique numbers to which those calls were placed between 07/01/2022 and 08/31/2022.**

6. I started with the set of data that was provided, which included 60,044,125 calls that were placed between 11/30/2021 and 10/27/2023 that were contained within the source files listed in paragraph 23(II)(a).

7. I began by checking whether there were duplicate records within the production of calls.[1] I identified, and then removed, 5,804,215 duplicative records within the Defendant's CDR file where the record had precisely matched another record of a call placed to that same phone number at that same time. I also removed 59,587 records that appeared to be to numbers not contained within the FTC's index of TCPA-eligible area codes.[2]. I also removed forty-seven (47) records that appeared to be test calls.

8. I then removed 30,836,658 records that where the calls contained no duration, or they contained a duration but it had been less than three (3) seconds, which was the shortest non-zero duration call that had been placed to the Named Plaintiff.

---

[1] This often occurs when the call records are stored in multiple archive locations, where overlap occurs between them. The various pieces of equipment involved will often store the call details in multiple archive locations.

[2] This process removes any numbers made to Canada or other area codes that are dialable from the United States as part of the North American Numbering Plan, but are not part of the United States dial plan.

This left 23,343,658 records.

9. From the 23,343,658 remaining records, I removed 21,332,418 records that indicated a date before 07/01/2022 *or* after 08/31/2022. I then removed 932,413 records that indicated that calls were placed to numbers that were either (a) not on the DNC list, or (b) were on the DNC list but the calls were placed before the number had been on the DNC list for more than thirty (30) days. I also removed 93,117 calls from the list where the number was on the DNC, but there were not two (2) or more calls to that telephone number within 365 days.

| | |
|---|---|
| All items within "Defendant call Records" files [callLogs]: | **60,044,125** |

| | |
|---|---|
| Removal of any apparent duplicate call records (e.g. Removal of any records from the remaining call detail records ("CDR") where the call was recorded duplicatively. | **(5,804,215)** |
| Removal of any number that was not part of the FTC's list of valid TCPA-eligible north american numbering plan destination area codes, or records indicating a telephone number that was not ten a standard 10-digit number, or the record did not have a properly formatted date/time. | **(59,587)** |
| Calls that appear to have been test calls as they had been placed to the DID's that were used to originate the calls (e.g. "loopback") | **(47)** |
| Calls that were placed to telephone numbers that were less than three (3) seconds in length, which is the shortest non-zero duration call placed to the named plaintiff. | **(30,836,658)** |

| | |
|---|---|
| Removal of any calls that were before **07/01/2022** or after **08/31/2022**. | **(21,332,418)** |
| Removal of any calls from the list where the number to which the calls were placed to numbers that were (a) not on the DNC list, or (b) were on the DNC list but the calls were made before the number had been on the DNC list for more than thirty (30) days. | **(932,413)** |
| Removal of any calls from the list where the number to which the calls were placed to numbers that were on the NDNC list for more than thirty days, but there were not two (2) or more calls to that # within 365 days. | **(93,117)** |
| Quantity of unique numbers to which the **985,670** calls were placed, where the # was on the DNC list for more than thirty days and there were two (2) or more calls within 365 days, includes three (3) calls to the number belonging to the Named Plaintiff ending in -4803 | **198,196** |

10. This resulted in 985,670 calls that had been placed to 198,196 unique telephone numbers, including three (3) calls placed to the Named Plaintiff's number ending in -4803.

| filename | datetime | fromANI | toNumber | duration | clientId | client | domain |
|---|---|---|---|---|---|---|---|
| 12294_04-2022_05-2023_data_export_hourly-0000000... | 2022-07-18 15:23:34.000 | 2408588136 | 2023754803 | 5 | 12294 | Diamond Select Leads | dsl.readymode.com |
| 12294_04-2022_05-2023_data_export_hourly-0000000... | 2022-07-25 16:03:09.000 | 2408588136 | 2023754803 | 58 | 12294 | Diamond Select Leads | dsl.readymode.com |
| 12294_04-2022_05-2023_data_export_hourly-0000000... | 2022-08-31 10:38:28.000 | 2408588128 | 2023754803 | 397 | 12294 | Diamond Select Leads | dsl.readymode.com |

**Conclusion: I was able to determine that there were 985,670 calls placed to 198,196 unique telephone numbers that had been on the national Do-Not-Call ("DNC") list for more than thirty (30) days, and were called on (2) or more occurrences within 365 days, and which received calls between 07/01/2022 and 08/31/2022.**

11. By using SQL database queries, I was able to determine that, out of the 60,044,125 calls contained within the source files, there were 985,670 calls that had been placed to 198,196 unique telephone numbers between July 1, 2022 and August 31, 2022, inclusive, that were contained within the national DNC list for more than thirty (30) days and there were two (2) or more calls had been placed within 365 days to that number, including three (3) calls to the Named Plaintiff's number ending in -4803.

12. The SQL queries that I applied are attached as Exhibit 1. A summary of the telephone numbers and the quantities of calls to those numbers is attached as Exhibit 2.

13. I reserve the right to supplement this report if additional data is produced by Defendant's or any other third party in possession of applicable records.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 23 2026 in Pleasant Hill, California.

Aaron Woolfson

# EXHIBIT 1

```
sp_rename source1, style1
sp_rename source2, style2
sp_rename source3, style3

alter table style1 add newId char(36)
alter table style2 add newId char(36)
alter table style3 add newId char(36)

update style1 set newId = newId()
update style2 set newId = newId()
update style3 set newId = newId()

select count(*) from style1  (nolock)
select count(*) from style2  (nolock)
select count(*) from style3  (nolock)

-- build the uniform database
select seqNum, filename, hour_bucket as hourBucket, seized_time_pst as datetime,
ani as fromANI, dialed as toNumber, duration_in_seconds as duration, clientId,
client, domain, stirShaken, server_IP as serverIP, newId into calls from style2
(nolock);
insert into calls
  select seqNum, filename, hour_bucket as hourBucket, seized_time_pst as datetime,
ani as fromANI, dialed as toNumber, duration_in_seconds as duration, clientId,
client, domain, null, null as serverIP, newId from style1 (nolock);
insert into calls
  select seqNum, filename, NULL, [call_date] as datetime, [did] as fromANI, [lead
number] as toNumber, [call duration (seconds)] as duration, [client Id], client,
null, null, null as serverIP, newId from style3 (nolock);
```

```
-- add these columns in
alter table calls
  add dest char(10), direction varchar(30), date datetime, /* datetime datetime, */
npa char(3), state char(2),
  stateName varchar(30), isDNC char(3), isNanp char(3), crossRef char(21),
crossRef2 char(30);

select count(*) from calls

-- FTC index of tcpa-eligible area codes
select * into ftc from rainer.npa.dbo.ftc

-- TAGGING
update calls set dest = right([toNumber],10)
update calls set npa = left(dest,3)
update calls set state = (select state from ftc where ftc.npa = calls.npa)
update calls set stateName = (select stateName from ftc where ftc.npa = calls.npa)
update calls set isNanp = 'YES' where state is not null and substring(dest,4,1) in
('2','3','4','5','6','7','8','9');
update calls set isNanp = null where substring(dest,4,3) = '555'

-- adjusted UTC --> local time zone
-- update calls set datetime = originalDateTime;--
dbo.fn_utc(replace(replace(created_date,'T',' '),'z',' '),state)
update calls set date = convert(varchar(30),datetime,101);

update calls set crossRef = convert(varchar(30),date,101) + '|' + dest
update calls set crossRef2 = convert(varchar(30),datetime,101) + '|' +
convert(varchar(30),datetime,108) +  dest

select top 10 * from calls

-- tag the indexes and such...
select convert(bigint,dest) as dest,
  date, crossRef, crossRef2
  INTO dnc_prepare
  FROM calls where isNumeric(dest) = 1;


-- transfer to the DNC tagging engine (internal, isDNC);
select convert(bigint, dest) as dest, date, crossRef into DNC from
MOMENTUM.MAH.dbo.dnc_prepare
select * into dnc from isDNC.dnc.dbo.dnc

-- tagging newId, add these.
update calls set isDNC = 'YES' where crossRef in (select crossRef from dnc where
isDNC = 'YES')

-- this is a cross-check;
```

```
select count(*) from calls where isDNC = 'YES'
select count(*) from calls where crossRef in (select crossRef from dnc where isDNC
= 'YES')

-- calls for named plaintiff
select  * from calls (nolock) where dest in (select dest from namedPlaintiff)

select count(*) from data2 where charindex(char(9),message_text) > 0

-- tagging newId, add these.
update dnc set crossRef = convert(varchar(30),date,101) + '|' +
convert(varchar(30),dest)
update calls set isDNC = 'YES' where crossRef in (select crossRef from dnc where
isDNC = 'YES')

-- ==============================================================
--  waterfall (removal elements)
-- ==============================================================

-- add an index.
create index crossRef2 on calls (crossRef2)

-- noDest
select * into calls_noDest from calls where dest is null
delete from calls where newId in (select newId from calls_noDest)


-- dup
alter table calls add isKeep char(36)
select * into #dup from calls
create index crossRef2 on #dup (crossRef2)

update calls set isKeep = (select top 1 newId from #dup where #dup.crossRef2 =
calls.crossRef2)
select * into calls_dup from calls where isKeep <> newId
delete from calls where newId  in (select newId from calls_dup)

-- build dbo.dest
select distinct dest into #dest from calls
insert into #dest select distinct fromANI from calls

select distinct dest into dest from #dest
create index dest on dest (dest)

alter table dest add fromANIcount int, destCount int null

update dest set fromANIcount = (select count(*) from calls where calls.fromANI =
dest.dest)
update dest set destCount = (select count(*) from calls where calls.dest =
dest.dest)
```

```
-- inbound...
-- select * into calls_inbound from calls where direction = 'inbound'
-- delete from calls where newId in (select newId from calls_inbound)

-- notNanp
select * into calls_notNanp from calls where isNanp is null
delete from calls where newId in (select newId from calls_notNanp)

-- loopback (test calls)
select * into calls_loopback from calls where dest in (select dest from dest where
fromANIcount > 0)
delete from calls where newId in (select newId from calls_loopback )

-- calls_lessthanThree
select * into calls_lessthanThree from calls where duration < 3;
delete from calls where newId in (select newId from calls_lessthanThree);


 -
//////////////////////////////////////////////////////////////////////////////////
/////////////
-- Bifurcation
--
//////////////////////////////////////////////////////////////////////////////////
/////////////
-- calls before 07/01/2022_or_after_08/31/2022
select * into [calls3_before_07/01/2022_or_after_08/31/2022]
from calls where date < '7/1/2022' or date > '8/31/2022 11:59 pm'

select count(*) from [calls3_before_07/01/2022_or_after_08/31/2022]

select * into calls3
  from calls where date >= '7/1/2022' and date <= '8/31/2022 11:59 pm'

select * into calls3_notDNC30 from calls3 where isDNC is null
delete from calls3 where newId in (select newId from calls3_notDNC30 )


-- count (as a cross-check point of validation)
select count(*) from calls3

-- remove where not 2 or more 365.
select * into #c from calls3
create index dest on #c (dest)
create index datetime on #c (datetime)

alter table calls3 add prevDate datetime, nextDate datetime, prevDays int, nextDays
int, is2orMore365 char(3)
```

```
update calls3 set prevDate = (select top 1 datetime from #c where #c.dest =
calls3.dest and #c.datetime <= calls3.datetime and #c.newId <> calls3.newId order
by #c.datetime desc)
update calls3 set nextDate = (select top 1 datetime from #c where #c.dest =
calls3.dest and #c.datetime >= calls3.datetime and #c.newId <> calls3.newId order
by #c.datetime asc)
update calls3 set prevDays = datediff(day, prevDate, datetime)
update calls3 set nextDays = datediff(day, datetime, nextDate)
update calls3 set is2orMore365 = 'YES' where prevDays between 0 and 365 or nextDays
between 0 and 365


-- not 2 or more 365
select * into calls3_not2orMore365 from calls3 where is2OrMore365 is null
delete from calls3 where newId in (select newId from calls3_not2orMore365)

select count(*) , count(distinct dest) from calls3

-- test queries
select * from calls where dest in (select dest from namedPlaintiff) order by date
asc
select count(*) from calls3 where dest in (select dest from namedPlaintiff)



-- queries.
select right(dest,4) from namedPlaintiff
select count(*), count(distinct dest)from calls1
select count(*), count(distinct dest)from calls1 where dest in (select dest from
namedPlaintiff)

-- for the report
select distinct filename from calls_complete order by filename asc
select top 1 date from calls_complete order by date asc
select top 1 date from calls_complete order by date desc

-- named plaintiff calls:
select filename, seqNum, datetime, '-' + right(toNumber,4) as phoneNumber, duration
from calls1 where dest in (select dest from namedPlaintiff) order by datetime
```

# EXHIBIT 2

# Produced in Native Format