# Exhibit F

## Woolfson Supplemental Declaration,

## Ex. 2 Output Sample

| dest | calls | start | finish |
|---|---|---|---|
| (201) [redacted]-0828 | 3 | 07/12/22 | 07/28/22 |
| (201) [redacted]-0128 | 3 | 07/07/22 | 08/02/22 |
| (201) [redacted]-0320 | 12 | 07/04/22 | 08/09/22 |
| (201) [redacted]-5893 | 3 | 07/13/22 | 08/31/22 |
| (201) [redacted]-0051 | 2 | 07/13/22 | 08/29/22 |
| (201) [redacted]-0173 | 13 | 07/11/22 | 07/28/22 |
| (201) [redacted]-0494 | 2 | 08/15/22 | 08/15/22 |
| (201) [redacted]-0677 | 3 | 08/10/22 | 08/25/22 |
| (201) [redacted]-0706 | 2 | 07/29/22 | 08/31/22 |
| (201) [redacted]-1727 | 13 | 07/11/22 | 08/30/22 |
| (201) [redacted]-1994 | 4 | 07/14/22 | 08/11/22 |
| (201) [redacted]-2925 | 6 | 07/11/22 | 08/17/22 |
| (201) [redacted]-7235 | 2 | 07/14/22 | 07/14/22 |
| (201) [redacted]-7869 | 4 | 08/10/22 | 08/30/22 |
| (201) [redacted]-9502 | 5 | 07/08/22 | 08/22/22 |
| (201) [redacted]-9516 | 2 | 08/01/22 | 08/31/22 |
| (201) [redacted]-5669 | 20 | 07/20/22 | 08/08/22 |
| (201) [redacted]1990 | 6 | 07/14/22 | 08/29/22 |
| (201) [redacted]-8595 | 2 | 08/01/22 | 08/31/22 |
| (201) [redacted]9055 | 9 | 08/03/22 | 08/24/22 |
| (201) [redacted]-8753 | 5 | 07/14/22 | 07/27/22 |
| (201) [redacted]-9427 | 3 | 07/08/22 | 07/28/22 |
| (201) [redacted]5444 | 8 | 07/07/22 | 08/23/22 |
| (201) [redacted]-6303 | 7 | 07/18/22 | 08/29/22 |
| (201) [redacted]-6698 | 4 | 07/13/22 | 08/09/22 |
| (201) [redacted]-8844 | 2 | 07/27/22 | 08/31/22 |
| (201) [redacted]-6295 | 3 | 07/11/22 | 07/12/22 |
| (201) [redacted]-7768 | 7 | 07/11/22 | 08/10/22 |
| (201) [redacted]-0828 | 7 | 07/14/22 | 07/28/22 |
| (201) [redacted]-1204 | 5 | 07/11/22 | 08/10/22 |
| (201) [redacted]-8888 | 6 | 07/07/22 | 08/17/22 |
| (201) [redacted]-1380 | 6 | 07/12/22 | 08/30/22 |
| (201) [redacted]-2520 | 11 | 07/20/22 | 07/27/22 |
| (201) [redacted]-0081 | 9 | 07/20/22 | 07/26/22 |
| (201) [redacted]-0973 | 9 | 07/07/22 | 08/23/22 |
| (201) [redacted]-2826 | 2 | 07/13/22 | 08/16/22 |
| (201) [redacted]-3786 | 4 | 07/11/22 | 08/30/22 |
| (201) [redacted]-5112 | 3 | 07/07/22 | 07/11/22 |
| (201) [redacted]-6351 | 9 | 07/07/22 | 08/10/22 |
| (201) [redacted]-7962 | 4 | 07/28/22 | 08/12/22 |
| (201) [redacted]-8362 | 4 | 08/10/22 | 08/26/22 |
| (201) [redacted]-0405 | 11 | 07/01/22 | 08/15/22 |
| (201) [redacted]-1031 | 3 | 07/18/22 | 08/29/22 |
| (201) [redacted]-4211 | 3 | 08/12/22 | 08/19/22 |
| (201) [redacted]-4818 | 5 | 07/26/22 | 08/22/22 |
| (201) [redacted]-5244 | 8 | 07/13/22 | 08/29/22 |