# Exhibit G

## Woolfson Supplemental Declaration,

## Ex. 1; Woolfson Report, Ex. 8 - SQL

```
sp_rename source1, style1
sp_rename source2, style2
sp_rename source3, style3

alter table style1 add newId char(36)
alter table style2 add newId char(36)
alter table style3 add newId char(36)

update style1 set newId = newId()
update style2 set newId = newId()
update style3 set newId = newId()

select count(*) from style1  (nolock)
select count(*) from style2  (nolock)
select count(*) from style3  (nolock)

-- build the uniform database
select seqNum, filename, hour_bucket as hourBucket, seized_time_pst as datetime,
ani as fromANI, dialed as toNumber, duration_in_seconds as duration, clientId,
client, domain, stirShaken, server_IP as serverIP, newId into calls from style2
(nolock);
insert into calls
  select seqNum, filename, hour_bucket as hourBucket, seized_time_pst as datetime,
ani as fromANI, dialed as toNumber, duration_in_seconds as duration, clientId,
client, domain, null, null as serverIP, newId from style1 (nolock);
insert into calls
  select seqNum, filename, NULL, [call_date] as datetime, [did] as fromANI, [lead
number] as toNumber, [call duration (seconds)] as duration, [client Id], client,
null, null, null as serverIP, newId from style3 (nolock);
```

```
-- add these columns in
alter table calls
  add dest char(10), direction varchar(30), date datetime, /* datetime datetime, */
npa char(3), state char(2),
  stateName varchar(30), isDNC char(3), isNanp char(3), crossRef char(21),
crossRef2 char(30);

select count(*) from calls

-- FTC index of tcpa-eligible area codes
select * into ftc from rainer.npa.dbo.ftc

-- TAGGING
update calls set dest = right([toNumber],10)
update calls set npa = left(dest,3)
update calls set state = (select state from ftc where ftc.npa = calls.npa)
update calls set stateName = (select stateName from ftc where ftc.npa = calls.npa)
update calls set isNanp = 'YES' where state is not null and substring(dest,4,1) in
('2','3','4','5','6','7','8','9');
update calls set isNanp = null where substring(dest,4,3) = '555'

-- adjusted UTC --> local time zone
-- update calls set datetime = originalDateTime;--
dbo.fn_utc(replace(replace(created_date,'T',' '),'z',' '),state)
update calls set date = convert(varchar(30),datetime,101);

update calls set crossRef = convert(varchar(30),date,101) + '|' + dest
update calls set crossRef2 = convert(varchar(30),datetime,101) + '|' +
convert(varchar(30),datetime,108) +  dest

select top 10 * from calls

-- tag the indexes and such...
select convert(bigint,dest) as dest,
  date, crossRef, crossRef2
  INTO dnc_prepare
  FROM calls where isNumeric(dest) = 1;


-- transfer to the DNC tagging engine (internal, isDNC);
select convert(bigint, dest) as dest, date, crossRef into DNC from
MOMENTUM.MAH.dbo.dnc_prepare
select * into dnc from isDNC.dnc.dbo.dnc

-- tagging newId, add these.
update calls set isDNC = 'YES' where crossRef in (select crossRef from dnc where
isDNC = 'YES')

-- this is a cross-check;
```

```
select count(*) from calls where isDNC = 'YES'
select count(*) from calls where crossRef in (select crossRef from dnc where isDNC
= 'YES')

-- calls for named plaintiff
select  * from calls (nolock) where dest in (select dest from namedPlaintiff)

select count(*) from data2 where charindex(char(9),message_text) > 0

-- tagging newId, add these.
update dnc set crossRef = convert(varchar(30),date,101) + '|' +
convert(varchar(30),dest)
update calls set isDNC = 'YES' where crossRef in (select crossRef from dnc where
isDNC = 'YES')

-- ==============================================================
--  waterfall (removal elements)
-- ==============================================================

-- add an index.
create index crossRef2 on calls (crossRef2)

-- noDest
select * into calls_noDest from calls where dest is null
delete from calls where newId in (select newId from calls_noDest)


-- dup
alter table calls add isKeep char(36)
select * into #dup from calls
create index crossRef2 on #dup (crossRef2)

update calls set isKeep = (select top 1 newId from #dup where #dup.crossRef2 =
calls.crossRef2)
select * into calls_dup from calls where isKeep <> newId
delete from calls where newId  in (select newId from calls_dup)

-- build dbo.dest
select distinct dest into #dest from calls
insert into #dest select distinct fromANI from calls

select distinct dest into dest from #dest
create index dest on dest (dest)

alter table dest add fromANIcount int, destCount int null

update dest set fromANIcount = (select count(*) from calls where calls.fromANI =
dest.dest)
update dest set destCount = (select count(*) from calls where calls.dest =
dest.dest)
```

```
-- inbound...
-- select * into calls_inbound from calls where direction = 'inbound'
-- delete from calls where newId in (select newId from calls_inbound)

-- notNanp
select * into calls_notNanp from calls where isNanp is null
delete from calls where newId in (select newId from calls_notNanp)

-- loopback (test calls)
select * into calls_loopback from calls where dest in (select dest from dest where
fromANIcount > 0)
delete from calls where newId in (select newId from calls_loopback )

-- calls_lessthanThree
select * into calls_lessthanThree from calls where duration < 3;
delete from calls where newId in (select newId from calls_lessthanThree);


 -
////////////////////////////////////////////////////////////////////////////////
/////////////
-- Bifurcation
--
////////////////////////////////////////////////////////////////////////////////
/////////////
-- calls before 07/01/2022_or_after_08/31/2022
select * into [calls3_before_07/01/2022_or_after_08/31/2022]
from calls where date < '7/1/2022' or date > '8/31/2022 11:59 pm'

select count(*) from [calls3_before_07/01/2022_or_after_08/31/2022]

select * into calls3
  from calls where date >= '7/1/2022' and date <= '8/31/2022 11:59 pm'

select * into calls3_notDNC30 from calls3 where isDNC is null
delete from calls3 where newId in (select newId from calls3_notDNC30 )


-- count (as a cross-check point of validation)
select count(*) from calls3

-- remove where not 2 or more 365.
select * into #c from calls3
create index dest on #c (dest)
create index datetime on #c (datetime)

alter table calls3 add prevDate datetime, nextDate datetime, prevDays int, nextDays
int, is2orMore365 char(3)
```