# Exhibit J

## Woolfson DNC tagging script

```
-- this is the scripting that runs on the SQL query engine.

alter table dnc add [table>30] char(35) null;
alter table dnc add [tableNow] char(35) null;
alter table dnc add [isDNC>30] char(3) null;
alter table dnc add [isDNCnow] char(3) null;
alter table dnc add [isDNC] char(3) null;
go

-- create some indexes:
create index dest on dnc (dest)
create index date on dnc (date)
go

-- the tables where the numbers are located.
-- update dnc set [dnc.comDate] = (select top 1 dncDate from [dnc.com]..dest where
dest.dest = dnc.dest)
update dnc set [table>30] = (select top 1 [table] from files where files.date <
dateadd(day,-31,dnc.date) order by files.date desc)
update dnc set [tableNow] = (select top 1 [table] from files where files.date >=
dateadd(day,-0,dnc.date) order by files.date asc)
go

-- create some indexes (part 2)
create index table30 on dnc ([table>30])
create index tableNow on dnc ([tableNow])
go

-- run the results of this query, to tag.
select distinct getdate() as getdate, 'update dnc set [isDNC>30] = ''YES'' where
dest in (select dest from ' + [table>30] + ' (nolock)) and [table>30]  = ''' +
[table>30] + '''' as [text] into #runDNC from dnc  where [tableNow] is not null and
[table>30] is not null order by [getDate]
insert into #runDNC select distinct getdate() as getdate, 'update dnc set [isDNCNow]
= ''YES'' where dest in (select dest from ' + [tableNow] + ' (nolock)) and
[tableNow]  = ''' + [tableNow] + '''' from dnc  where [tableNow] is not null and
[table>30] is not null order by [getDate]

-- when the sum of the table is done, run these.
insert into #runDNC select distinct getdate() as getdate, 'update dnc set isDNC =
''YES'' where [isDNC>30] = ''YES'' and [isDNCNow] = ''YES''';
go

-- RUN THIS.
select text + char(13) + char(10) + 'GO' + char(13) + char(10) from #runDNC  order
by [getdate]
```