# Exhibit L

## NDNCR Read and Certify

FEDERAL TRADE COMMISSION
National Do Not Call Registry - Telemarketer

FAQs Privacy Act Statement Contact Help Desk

## Read and Certify

**Please read and certify before continuing to the registry**

I am authorized to certify and do so certify on behalf of my Organization, as well as any Clients for which my Organization is accessing the National Do Not Call Registry:

- that I have reviewed the Federal Trade Commission's amended Telemarketing Sales Rule, 16 CFR Part 310, and the Federal Communication Commission's Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991, 47 CFR Section 64.1200, I am familiar with their requirements as they pertain to my organization, and our access to the National Registry is permitted by law and is solely to comply with the provisions of these Rules, or to otherwise prevent telephone calls to telephone numbers on the National Registry;
- that our statements to the Federal Trade Commission in connection with accessing the National Registry, including our identification of Organization, Representative, Clients (if any), are true, correct, and complete;
- that our fee(s) for access to the National Registry, if required by law, either has been or will be paid, before downloading any data from the National Registry; and
- that our use of this National Registry web site establishes our actual knowledge that abusive telemarketing acts or practices are unfair or deceptive and prohibited by law, and that such illegal acts may include:
  - selling, renting, leasing, purchasing, or using any data in the National Registry for any purpose except compliance with the provisions of the FTC and FCC regulation of telemarketing or otherwise to prevent telephone calls to telephone numbers on the National Registry;
  - participating in any arrangement to share the cost of accessing the National Registry, including any arrangement with any telemarketer or service provider to divide the costs to access the National Registry among various clients of that telemarketer or service provider;
  - initiating an outbound telephone call to a person's telephone number on the National Registry unless otherwise authorized by law.
- that my organization is a bona-fide Exempt Organization for the purpose of accessing the National Do Not Call Registry and thus should be given access to the National Registry without charge. I acknowledge that it is a violation of federal law for my organization to access the National Registry without charge if payment of the fee is required by law.

**NOTICE CONCERNING EXEMPT ORGANIZATION STATUS:**

I am authorized to certify that my organization is an Exempt Organization for the purpose of accessing the National Do Not Call Registry and thus should be given access to the Registry without charge. I understand that it is a violation of federal law for my organization to access the Registry without charge if payment of the fee is required by law.

Your organization type is: Organization Does Not Engage in Telemarketing or Telephone Solicitation

See, e.g., 16 C.F.R. § 310.4(b)(1), (b)(2), 310.8(e); see also 47 C.F.R. 64.1200.

○ Yes, I agree and declare under penalty of perjury that the foregoing is true and correct
○ No, I do not agree

**Willful false statements are punishable by fine and/or imprisonment. See 18 U.S.C. § 1001.**

Certify and Continue