# Exhibit M

## NDNCR download instructions

Step 1: https://telemarketing.doNotCall.gov




Step 2:




Step 3:



Step 4:

## Two Factor Authentication

**Enter the code you received**

Code is spoken over IVR

Note: There may be a pause before you h

906765

If you don't get your code in 5 minutes, try

**Verify the code and log in**

Step 5:

See, e.g., 16 C.F.R. § 310.4(b)(1), (b)(2), 310.8(e); see also 47 C.F.R. 64.1200.

- (●) Yes, I agree and declare under penalty of perjury that the foregoing is true and correct
- ( ) No, I do not agree

**Willful false statements are punishable by fine and/or imprisonment. See 18 U.S.C. § 1001.**

**Certify and Continue**

Step 6:

**Select what you would like to do.**

**Download Phone Numbers**

Download registered telephone numbers for your authorized Subscripti Number (SAN).

Step 7:

## Download Phone Numbers

Use this page to download registered telephone number
access to through your current subscription and/or the cu

**Download full list**

A Full List Download is made up of all of the registered te
codes to which you have access.

Step 8:

## Download Phone Numbers

### Download Full List

You have decided to download all registered phone numbers from one c

The steps are:

1. Choose a download format
2. Click Begin
3. A dialog box will take you through the download process

Review Important Information about file formats and downloading.

**Step 1. Select Download Format:**

- (selected) Flat Text File
- XML Tagged File

(View Your Subscriptions)

**Step 2. Click Begin**

Begin