# Exhibit N

## TelSwitch NDNCR subscription production

FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

Back to ftc.gov | Español

FAQs | Privacy & Security | Contact Help Desk | Home

National Do Not Call Registry - Telemarketer

LOGOUT

Download Phone Numbers | Manage/ Renew Subscriptions | Manage Clients | Review Profile

## MANAGE/RENEW SUBSCRIPTIONS

# Payment Received Receipt

**Please print this for your records.**

| | |
|---|---|
| Organization Name: | TelSwitch, Inc. |
| Organization ID: | **10159990-70991** |
| Today's Date: | **31 Mar 2016** |
| Subscription Account Number (SAN): | **10293142-393142-16** |
| Order ID: | **736113** |
| Order Date: | **24 Mar 2016** |
| Amount Paid: | **$0** |
| | |
| | |
| Area Codes Ordered: | **202 203 205 206 207 208 209 210 212 213 214 217 218 219 224 225 229 231 239 240 248 251 253 254 256 260 262 269 270 276 281 301 302 303 305 309 310 312 313 315 316 317 318 319 321 323 325 331 334 337 339 346 347 351 352 360 361 364 386 404 407 408 409 410 413 414 415 424 425 430 432 434 442 443 469 470 475 478 479 480 501 502 504 508 509 510 512 515 516 517 518 520 530 540 559 561 562 563 571 574 585 586 602 606 607 616 617 618 619 620 623 626 628 630 631 641 646 650 657 661 667 669 678 682 703 706 707 708 712 713 714 716 718 719 720 727 734 737 747 754 757 760 762 765 770 772 773 774 779 781 785 786 804 805 806 808 810 812 813 815 817 818 830 831 832 845 847 850 857 858 859 860 863 870 872 903 904 906 907 909 912 913 914 915 916 917 925 928 929 930 936 938 940 941 947 949 951 954 956 959 970 972 978 979 985 989** |

## MANAGE/RENEW SUBSCRIPTIONS

# Check Order Status

**The order status for:**

| | |
|---|---|
| Organization Name: | TelSwitch, Inc. |
| Organization ID: | 10159990-70991 |
| Date: | 3/31/2016 |

Please print this page for your records and store it in a safe place.

If your payment or order status is completed, you may download registered telephone numbers for which you have subscribed. Click on Download Phone Numbers.

| SAN | SAN Expiration | Order ID | Order Date (Eastern Time) | Payment/Order Status | Payment Amount |
|---|---|---|---|---|---|
| 10272352-372352-15 | Mar 31 2016 12:00AM | 736163 | 3/26/2016 9:39:09 AM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 735625 | 3/17/2016 11:28:15 AM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 735142 | 3/9/2016 5:04:14 PM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 734364 | 3/1/2016 3:22:32 PM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 733908 | 2/25/2016 6:10:59 AM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 733636 | 2/22/2016 6:20:33 PM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 733016 | 2/15/2016 8:42:55 AM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 732694 | 2/9/2016 5:50:07 PM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 728906 | 12/18/2015 12:31:32 PM | Completed | 0 |
| 10272352-372352-15 | Mar 31 2016 12:00AM | 710889 | 4/14/2015 4:22:13 PM | Completed | 0 |

BACK

National Do Not Call Registry - Telemarketer

MANAGE/RENEW SUBSCRIPTIONS

# Payment Received Receipt

**Please print this for your records.**

| | |
|---|---|
| Organization Name: | **TelSwitch, Inc.** |
| Organization ID: | **10159990-70991** |
| Today's Date: | **28 Apr 2020** |
| Subscription Account Number (SAN): | **10363813-463813-20** |
| SAN Expiration Date: | **31 Mar 2021** |
| Order ID: | **822450** |
| Order Date: | **28 Apr 2020** |
| Amount Paid: | **$0** |
| | |
| | |
| Area Codes Ordered: | **201 202 203 205 206 207 208 209 210 212 213 214 215 216 217 218 219 220 223 224 225 228 229 231 234 239 240 248 251 252 253 254 256 260 262 267 269 270 272 276 279 281 301 302 303 304 305 307 308 309 310 312 313 314 315 316 317 318 319 320 321 323 325 326 330 331 332 334 336 337 339 340 341 346 347 351 352 360 361 364 380 385 386 401 402 404 405 406 407 408 409 410 412 413 414 415 417 419 423 424 425 430 432 434 435 440 442 443 445 458 463 469 470 475 478 479 480 484 500 501 502 503 504 505 507 508 509 510 512 513 515 516 517 518 520 530 531 534 539 540 541 551 559 561 562 563 564 567 570 571 573 574 575 580 585 586 601 602 603 605 606 607 608 609 610 612 614 615 616 617 618 619 620 623 626 628 629 630 631 636 640 641 646 650 651 657 659 660 661 662 667 669 670 671 678 680 681 682 684 689 701 702 703 704 706 707 708 712 713 714 715 716 717 718 719 720 724 725 726 727 731 732 734 737 740 743 747 754 757 760 762 763 765 769 770 772 773 774 775 779 781 785 786 787 800 801 802 803 804 805 806 808 810 812 813 814 815 816 817 818 820 828 830 831 832 833 838 843 844 845 847 848 850 854 855 856 857 858 859 860 862 863 864 865 866 870 872 877 878 888 901 903 904 906 907 908 909 910 912 913 914 915 916 917 918 919 920 925 928 929 930 931 934 936 937 938 939 940 941 947 949 951 952 954 956 959 970 971 972 973 978 979 980 984 985 986 989** |

FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

Back to ftc.gov | Español

ORGANIZATION: TELSWITCH, INC. - ORG ID: 10159990-70991 (AUTHORIZED REPRESENTATIVE)

FAQs | Privacy & Security | Contact Help Desk | Home

National Do Not Call Registry - Telemarketer

LOGOUT

Download Phone Numbers | Manage/ Renew Subscriptions | Manage Clients | Review Profile

MANAGE/RENEW SUBSCRIPTIONS

# Order Area Codes for Your Current Subscription

## Step 4. Subscription Complete

| | |
|---|---|
| Organization Name: | TelSwitch, Inc. |
| Organization ID: | **10159990-70991** |
| Subscription Account Number (SAN): | **10330239-430239-18** |
| SAN Expiration: | **31 Mar 2019** |
| Today's Date: | **02 Mar 2018** |
| Payment Amount: | **None** |
| Order Number: | **781417** |

You may now Download Phone Numbers

BACK