# Exhibit T

**iconectiv e-mail thread,**

***Anthony v. Fed. Sav. Bank*, No. 21 C 2509,**

**ECF No. 228-6 (N.D. Ill. June 30, 2026)**

**From:** PortData Comply
**To:** Aaron Woolfson
**Cc:** St. Jacques, Carol; PortData Comply; Turner Wuerger, Lisa
**Subject:** RE: Documents to Begin Registering TelSwitch''s Customers for the iconectiv PortData Comply, WDNC Service
**Date:** Tuesday, July 23, 2024 12:01:37 PM

---

Aaron,

The intended use provided could be interpreted as being used for investigative purposes, which is not allowed. Can you please re-write your use case to remove this ambiguity? As an FYI, most attorney users choose the first option.

Regards,
PortData Comply Account Management Team

---

**From:** Aaron Woolfson <woolfson@telswitch.com>
**Sent:** Monday, July 22, 2024 4:52 PM
**To:** Turner Wuerger, Lisa <lturner@iconectiv.com>
**Cc:** St. Jacques, Carol <cstjacques@iconectiv.com>; PortData Comply <PortDataComply@iconectiv.numberportability.com>; Aaron Woolfson <woolfson@telswitch.com>
**Subject:** Re: Documents to Begin Registering TelSwitch's Customers for the iconectiv PortData Comply, WDNC Service

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hi lisa,

Thank you for your question.

There are really two use case scenarios. Pre-litigation, (a) compliance - identifying whether calls had violated, or caused a violation of the TCPA after they were made for identification as to whether the calls were made in a manner that would subject them to the TCPA; and (b) they need to be able to identify the calls when conducting audits after a lawsuit for either settlement purposes, or for identifying trends of non-compliance, as per FCC 15-35A1, paragraph 142. ; and (b) Post-litigation, his information is used to assist with the courts in developing settlement plans.

Just as background, TelSwitch, Inc. specifically outlined the use-case scenarios that this data would be used for in it's filing with the FCC in 2023: https://www.fcc.gov/ecfs/document/110178529590/1 and iConectiv acknowledged in kind. Let me know if there are any additional questions.

I am attaching the IMS description, because I think that it best describes the process.

Aaron Woolfson



EXHIBIT
13

On Mon, Jul 22, 2024 at 1:36 PM Turner Wuerger, Lisa <lturner@iconectiv.com> wrote:

> Aaron,
>
> Can you be more specific on the Intended Use case for these new customers?
>
> For example, do these customers intend to avoid engaging in prohibited TCPA activities, do they intend to investigate calls for TCPA violations, or is it something else?
>
> Thank you,
> Lisa
>
> ---
>
> **From:** Aaron Woolfson <woolfson@telswitch.com>
> **Sent:** Monday, July 22, 2024 1:13 PM
> **To:** Turner Wuerger, Lisa <lturner@iconectiv.com>
> **Cc:** St. Jacques, Carol <cstjacques@iconectiv.com>; PortData Comply <PortDataComply@iconectiv.numberportability.com>
> **Subject:** RE: Documents to Begin Registering TelSwitch's Customers for the iconectiv PortData Comply, WDNC Service
>
> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Attached, please find the second tier registrations, thank you.
> I was able to access the NetSuite account, I presume that once these are built, we can pay for them through that website.
>
> Thank you again.
> Aaron