# Exhibit Y

## Expert Rebuttal Report of Alan Salzberg

# Analysis of "Supplemental Declaration of Expert Aaron Woolfson"

Prepared By

Alan J. Salzberg, Ph.D.

SaltHill
STATISTICAL CONSULTING

I. Introduction and Assignment ........ 2

II. Summary of Opinions ........ 2

III. Qualifications ........ 3

IV. Compensation ........ 3

V. Materials Considered ........ 4

VI. Statistical Analysis ........ 4

APPENDIX I: Program Log ........ 9

APPENDIX II: Alan J. Salzberg Resume and Testimony History ........ 14

## I. Introduction and Assignment

My name is Alan Salzberg. I am the Principal of Salt Hill Statistical Consulting. Milman Labuda Law Group, PLLC retained me on behalf of Servbank SB f/k/a Allied First Bank ("Servbank") to evaluate the statistical aspects of the Supplemental Declaration of Expert Aaron Woolfson dated June 23, 2026 (the "Woolfson Supplement") in *Asher Bronstin v. Servbank SB f/k/a Allied First Bank*.

The Woolfson Supplement reports an output consisting of 985,670 call-detail-record ("CDR") rows associated with 198,196 distinct destination telephone numbers. According to the Woolfson Supplement, the rows remaining after his filtering process correspond to calls placed between July 1 and August 31, 2022 to destination numbers that were classified by the Woolfson Supplement's historical DNC process as satisfying its Registry criteria. (Woolfson Supplement at 2-3).

I was asked to evaluate the following statistical issues:

1. Whether the figure of 198,196 destination telephone numbers provides a statistical basis for drawing the conclusions about the persons represented in the output or the prevalence of person-level and line-use attributes that the Woolfson Supplement did not measure.

2. The distribution of CDR rows among destination telephone numbers and the distribution of recorded call durations.

3. Whether the Woolfson Supplement provides an empirical or statistical basis for selecting three seconds as the minimum recorded duration for inclusion in its output, and how the reported CDR-row and destination-number counts change when alternative duration thresholds are applied.

Section II summarizes my opinions. Section III describes my qualifications. Section IV discloses my compensation. Section V identifies the materials I considered. Section VI presents my statistical analysis. Appendix I contains the program log (from the software package Stata), which shows the results of my calculations. Appendix II contains my curriculum vitae, publications, and testimony history.

## II. Summary of Opinions

Based on my review and analysis, I offer the following principal opinions:

1. The Woolfson Supplement output consists of 985,670 CDR rows associated with 198,196 distinct destination telephone numbers. The figure of 198,196 is a count of telephone numbers, not a count of identified persons, subscribers, users, or call recipients.

2. The Woolfson Supplement does not determine the historical subscriber or user associated with each destination number, whether the same person was associated with a number

across the relevant calls or dates, whether a number was reassigned, or whether the line was used for residential or business purposes during the relevant period.

3. The Woolfson Supplement does not link the destination numbers to identified persons or apply a representative sampling, matching, or validation procedure to estimate the prevalence of the person-level and line-use attributes that the analysis did not measure. Accordingly, the figure of 198,196 cannot be interpreted as a statistical estimate of the number of unique persons represented in the output or of the number of persons possessing those unmeasured attributes.

4. The Woolfson Supplement did not provide an empirical or statistical analysis demonstrating that three seconds is a meaningful dividing point for inclusion in his output. The observed call-duration distribution is concentrated near that threshold; approximately 73% of the CDR rows have recorded durations of only three or four seconds. My sensitivity analysis demonstrates that the reported results are highly dependent on the selected threshold. Increasing by one second—from three to four seconds—reduces the CDR Rows from 985,670 to 585,540 and the distinct destination numbers from 198,196 to 142,161, reductions of about 40% and 30%, respectively. At a six-second threshold, the output falls to 87,809 CDR rows and 33,255 distinct destination numbers, reductions of about 90% and 80%, respectively.

## III. Qualifications

I am the Principal of Salt Hill Statistical Consulting, which I founded more than 25 years ago. My professional work includes statistical sampling, analysis, and review for government and private-sector clients. I have prepared expert statistical reports and testified as a statistical expert at trial and by deposition in dozens of matters.

I received a Ph.D. in Statistics and a B.S. in Economics from the University of Pennsylvania. I have taught statistics courses at the University of Pennsylvania and American University, and I have published statistical research in peer-reviewed journals. I am also a co-inventor of U.S. Patent No. 6,636,585, relating to statistical process design for testing telecommunications systems.

My curriculum vitae is attached as Appendix II. It includes a list of the publications I authored during the preceding ten years and the cases in which I testified as an expert at trial or by deposition during the preceding four years.

## IV. Compensation

Salt Hill Statistical Consulting charges $800 per hour for my study, analysis, and preparation in this matter. For each day on which I attend a deposition or trial, my firm charges a daily rate of $6,400, regardless of whether I testify that day. Travel time is billed at 50% of my hourly rate. My compensation is independent of the substance of my opinions and the outcome of this matter.

## V. Materials Considered

1. Woolfson Supplemental Report, dated June 23, 2026, and exhibits.
2. Data on calls identified, provided to me in the file "985670 calls.csv."
3. Aaron Woolfson deposition transcripts, dated 6/12/2026 and 7/27/2026.
4. Declaration of Expert Aaron Woolfson, dated March 17, 2026, and exhibits.

## VI. Statistical Analysis

### A. *Data and Scope of Analysis*

The Woolfson Supplement reports that Woolfson began his analysis with 60,044,125 CDR rows (Woolfson Supplement, Paragraph 6). According to the Woolfson Supplement, he applied a sequence of filters that excluded:

1. duplicate records;
2. records associated with non-U.S. or otherwise excluded telephone-number values;
3. identified test calls;
4. records having no recorded duration or a recorded duration of less than three seconds;
5. records outside the July 1 through August 31, 2022 date range;
6. records that did not receive a qualifying historical DNC classification under Woolfson's methodology; and
7. records associated with destination telephone numbers for which fewer than two calls remained within a 365-day period.

(Woolfson Supplement, Paragraphs 6-12)

According to the Woolfson Supplement, these filters produced a final output of 985,670 CDR rows associated with 198,196 distinct destination telephone numbers.

I received the file identified as "985670 calls.csv," which contains the final output produced with the Woolfson Supplement. The file includes fields identifying, among other information, the destination telephone number, call date, and recorded duration. I confirmed that the file contains 985,670 CDR rows; that the *tonumber* field contains 198,196 distinct values; that every included row has a recorded duration of at least three seconds; and that each destination telephone number appears at least twice. The analyses that follow concern the characteristics of this final-output file.

**B.** ***The Output Counts Destination Telephone Numbers and Does Not Measure Person-Level or Line-Use Attributes***

The figure of 198,196 reported in the Woolfson Supplement represents the number of distinct values in the *tonumber* field. The Woolfson Supplement does not identify the historical subscriber or user associated with each number, the person who received or answered a particular call, or whether the same person was associated with the number across multiple calls or dates.

Woolfson confirmed in his deposition that his reported figure counts telephone numbers rather than identified persons or subscribers:

Q. So for the 198,196 numbers those figures are telephone numbers not identified persons or subscribers, correct?
A. That is correct. Those are distinct telephone numbers.
Q. So you did not determine how many distinct persons controlled the numbers, correct?
A. Right, that's a different—that's a different exercise.

(Woolfson Deposition, July 27, 2026, 242:19-243:4).

The Woolfson Supplement also does not identify whether a destination number was used for residential or business purposes on the relevant call date. At his June 12, 2026 deposition, Woolfson acknowledged that he had not verified the residential status of the numbers in his original output:

Q. So then it is accurate to say that you did not personally verify that any of the numbers on your 1.2 million list were residential numbers, although you have provided a method that you believe can help establish that, is that accurate?
A. That is correct.

(Woolfson Deposition, June 12, 2026, 93:8-15).

The Woolfson Supplement does not describe a subsequent analysis of residential or business use for the 198,196 destination telephone numbers.

The Woolfson Supplement does not link the destination numbers to identified persons or apply a matching procedure, representative sample, or other statistical method to estimate:

1. the number of distinct persons represented by the 198,196 destination numbers;
2. the proportion of those numbers used for residential rather than business purposes during the relevant period; or
3. the frequency with which a number was reassigned or associated with different persons across the relevant dates.

These relationships cannot be inferred from a count of destination telephone numbers. A destination number may be associated with more than one person, and one person may be associated with more than one destination number. Without person-level linkage or a statistically valid procedure for estimating those relationships, the figure of 198,196 cannot be interpreted as an estimate of 198,196 distinct persons.

For the same reason, the Woolfson Supplement does not provide a basis for a statistical estimate of the proportion of destination numbers having residential use, continuous association with the same subscriber or user, or any other person-level or line-use attribute that was not measured.

### C. *Call-Record Distributions and Duration Sensitivity*

The final output contains multiple CDR rows associated with each destination telephone number. I analyzed the distribution of those rows and the recorded call durations.

#### 1. Number of CDR Rows per Destination Number

Table 1 shows the number of CDR rows associated with each of the 198,196 distinct destination telephone numbers in Woolfson's final output.

**Table 1: Included CDR Rows per Destination Number**

| Included CDR Rows for Each Destination Number | Number of Destination Numbers | Percentage | Cumulative Percentage |
|---|---|---|---|
| 2 | 53,610 | 27% | 27% |
| 3 | 33,821 | 17% | 44% |
| 4 | 26,268 | 13% | 57% |
| 5 | 21,206 | 11% | 68% |
| 6 | 16,083 | 8% | 76% |
| 7 | 12,355 | 6% | 82% |
| 8 | 9,246 | 5% | 87% |
| 9 | 6,318 | 3% | 90% |
| 10 or more | 19,289 | 10% | 100% |
| **Total Destination Numbers** | **198,196** | | |

Twenty-seven percent of the destination numbers are associated with exactly two CDR rows, and 68% are associated with five or fewer rows. Ten percent are associated with ten or more rows. The 985,670 figure measures included CDR rows distributed across 198,196 destination numbers; it does not estimate the number of unique persons or call recipients represented in the output.

### 2. Recorded-Duration Distribution

The Woolfson Supplement and the final output exclude CDR rows having no recorded duration or a recorded duration of less than three seconds. Every row in the final output therefore has a recorded duration of at least three seconds.

The stated basis in the Woolfson Supplement for selecting three seconds was that it represented "the shortest non-zero duration call placed to the named plaintiff" (Woolfson Supplement, p.3). The Woolfson Supplement did not report any statistical analysis supporting three seconds as a meaningful inclusion threshold nor did it compare that threshold with observed call outcomes or another empirical benchmark.

Selecting the minimum value observed for one destination number does not provide a statistical basis for applying that value as an inclusion threshold across 985,670 CDR rows associated with 198,196 destination numbers.

**Table 2: Distribution of Recorded Duration**

| Duration | Number of CDR Rows | Percentage | Cumulative Percentage |
|---|---|---|---|
| 3 seconds | 367,744 | 37.3% | 37.3% |
| 4 seconds | 353,407 | 35.9% | 73.2% |
| 5 seconds | 123,754 | 12.6% | 85.7% |
| 6 seconds | 12,954 | 1.3% | 87.0% |
| 7 seconds | 6,785 | 0.7% | 87.7% |
| 8 seconds | 6,006 | 0.6% | 88.3% |
| 9 seconds | 6,896 | 0.7% | 89.0% |
| 10 seconds or more | 108,124 | 11.0% | 100.0% |
| **Total** | **985,670** | **100.0%** | |

The recorded-duration distribution is concentrated near the selected three-second threshold. As shown above, 37.3% of the included rows have a recorded duration of three seconds, 73.2% have a duration of four seconds or less, and 85.7% have a duration of five seconds or less.

### 3. Sensitivity to Alternative Duration Thresholds

I performed a sensitivity analysis to determine how the Woolfson Supplement's results change when alternative minimum recorded-duration thresholds are applied. For each threshold, I:

1. removed CDR rows having a recorded duration below the specified threshold;
2. reapplied, within the remaining final-output rows, the Woolfson Supplement requirement that a destination number be associated with at least two CDR rows; and

3. counted the remaining CDR rows and distinct destination numbers.

This procedure measures the effect of the duration threshold on the final output while retaining the condition that each included destination number be associated with at least two remaining CDR rows.

**Table 3: Sensitivity to Alternative Minimum Recorded-Duration Thresholds**

| Minimum Recorded Duration | Remaining CDR Rows | Remaining Distinct Destination Numbers |
|---|---|---|
| 3 seconds | 985,670 | 198,196 |
| 4 seconds | 585,540 | 142,161 |
| 5 seconds | 216,810 | 61,003 |
| 6 seconds | 87,809 | 33,255 |
| 7 seconds | 75,153 | 29,590 |
| 8 seconds | 68,443 | 27,536 |
| 9 seconds | 62,303 | 25,633 |
| 10 seconds | 56,001 | 23,542 |

At the Woolfson Supplement three-second threshold, the output contains 985,670 CDR rows associated with 198,196 destination numbers. Increasing the threshold by one second—from three to four seconds—reduces the output to 585,540 CDR rows associated with 142,161 destination numbers, reductions of about 40% and 30%, respectively. At a six-second threshold, the output falls to 87,809 CDR rows associated with 33,255 destination numbers, reductions of about 90% and 80%, respectively.

A sensitivity analysis measures the extent to which the reported results depend on a selected assumption. Here, the analysis demonstrates that Woolfson's reported output is highly sensitive to his selection of three seconds as the minimum recorded duration.

*Alan J. Salzberg* 8/26/2026

Alan J. Salzberg Date

## APPENDIX I: Program Log

The program log below was produced using the software Stata, Version 16. The log shows the results of calculations and tabulations that I performed.

```
      name:  <unnamed>
       log:
D:\_clients2023\ML_Bronstin_Servbank\programsdata\servbank_analyze_20260820.l
og
  log type:  text
 opened on:  20 Aug 2026, 18:42:17

. /*
> import delimited "D:\_clients2023\ML_Bronstin_Servbank\originaldata\985670
calls.csv", encoding(UTF-8) stringcols(5 6) clear
> save calldata_985670calls, replace
> */
. use calldata_985670calls

.
. bysort tonumber: gen numcalled=_N

. bysort tonumber: gen tmp1=_n

. * number of calls by number
. tab numcalled if tmp1==1

  numcalled |      Freq.     Percent        Cum.
------------+-----------------------------------
          2 |     53,610       27.05       27.05
          3 |     33,821       17.06       44.11
          4 |     26,268       13.25       57.37
          5 |     21,206       10.70       68.07
          6 |     16,083        8.11       76.18
          7 |     12,355        6.23       82.41
          8 |      9,246        4.67       87.08
          9 |      6,318        3.19       90.27
         10 |      4,565        2.30       92.57
         11 |      3,403        1.72       94.29
         12 |      2,664        1.34       95.63
         13 |      2,081        1.05       96.68
         14 |      1,542        0.78       97.46
         15 |      1,246        0.63       98.09
         16 |      1,048        0.53       98.62
         17 |        732        0.37       98.99
         18 |        622        0.31       99.30
         19 |        441        0.22       99.52
         20 |        268        0.14       99.66
         21 |        192        0.10       99.76
         22 |        149        0.08       99.83
         23 |        125        0.06       99.89
         24 |         90        0.05       99.94
         25 |         52        0.03       99.97
         26 |         28        0.01       99.98
         27 |         14        0.01       99.99
         28 |         11        0.01       99.99
```

```
         29 |          7        0.00      100.00
         30 |          3        0.00      100.00
         31 |          2        0.00      100.00
         32 |          3        0.00      100.00
         33 |          1        0.00      100.00
------------+-----------------------------------
      Total |    198,196      100.00

.
. gen date1=date(substr(datetime,1,10),"YMD")

. gen yearmonth=year(date1)*100 + month(date1)

. * all in july/august
. tab yearmonth

  yearmonth |      Freq.     Percent        Cum.
------------+-----------------------------------
     202207 |    542,252       55.01       55.01
     202208 |    443,418       44.99      100.00
------------+-----------------------------------
      Total |    985,670      100.00

.
.
. format date1 %dN/D/Y

. tab date1

      date1 |      Freq.     Percent        Cum.
------------+-----------------------------------
   07/01/22 |     17,092        1.73        1.73
   07/04/22 |      2,654        0.27        2.00
   07/05/22 |     17,339        1.76        3.76
   07/06/22 |     29,689        3.01        6.77
   07/07/22 |     25,127        2.55        9.32
   07/08/22 |     15,488        1.57       10.90
   07/11/22 |     32,334        3.28       14.18
   07/12/22 |     37,352        3.79       17.96
   07/13/22 |     37,394        3.79       21.76
   07/14/22 |     38,550        3.91       25.67
   07/15/22 |     28,204        2.86       28.53
   07/18/22 |     34,233        3.47       32.00
   07/19/22 |     34,829        3.53       35.54
   07/20/22 |     36,964        3.75       39.29
   07/21/22 |     28,652        2.91       42.19
   07/22/22 |     20,495        2.08       44.27
   07/25/22 |     17,157        1.74       46.01
   07/26/22 |     24,159        2.45       48.47
   07/27/22 |     38,461        3.90       52.37
   07/28/22 |     17,855        1.81       54.18
   07/29/22 |      8,224        0.83       55.01
   08/01/22 |     15,934        1.62       56.63
   08/02/22 |     14,609        1.48       58.11
   08/03/22 |     10,221        1.04       59.15
   08/04/22 |     13,583        1.38       60.53
```

```
   08/05/22 |     15,539        1.58       62.10
   08/08/22 |     18,639        1.89       63.99
   08/09/22 |     18,559        1.88       65.88
   08/10/22 |     23,347        2.37       68.25
   08/11/22 |     27,290        2.77       71.01
   08/12/22 |     20,540        2.08       73.10
   08/15/22 |     29,578        3.00       76.10
   08/16/22 |     35,347        3.59       79.69
   08/17/22 |     29,853        3.03       82.71
   08/18/22 |     18,655        1.89       84.61
   08/19/22 |     12,479        1.27       85.87
   08/22/22 |     22,399        2.27       88.15
   08/23/22 |     10,531        1.07       89.21
   08/24/22 |     13,327        1.35       90.57
   08/25/22 |     20,582        2.09       92.65
   08/26/22 |     15,278        1.55       94.20
   08/29/22 |     29,067        2.95       97.15
   08/30/22 |     15,405        1.56       98.72
   08/31/22 |     12,656        1.28      100.00
------------+-----------------------------------
      Total |    985,670      100.00

. gen dow1=dow(date1)

. tab dow1

       dow1 |      Freq.     Percent        Cum.
------------+-----------------------------------
          1 |    201,995       20.49       20.49
          2 |    208,130       21.12       41.61
          3 |    231,912       23.53       65.14
          4 |    190,294       19.31       84.44
          5 |    153,339       15.56      100.00
------------+-----------------------------------
      Total |    985,670      100.00

.
. sort tonumber date1

. gen daysbetween=date1-date1[_n-1] if tonumber==tonumber[_n-1]
(198,196 missing values generated)

. gen dayb=" " + string(daysbetween)

. replace dayb="10 or more" if daysbetween>=10 & daysbetween!=.
variable dayb was str3 now str10
(176,357 real changes made)

. tab dayb

       dayb |      Freq.     Percent        Cum.
------------+-----------------------------------
          . |    198,196       20.11       20.11
          0 |    146,242       14.84       34.94
          1 |    178,703       18.13       53.07
          2 |     45,852        4.65       57.73
```

```
          3 |     63,912        6.48       64.21
          4 |     47,525        4.82       69.03
          5 |     40,432        4.10       73.13
          6 |     24,640        2.50       75.63
          7 |     24,374        2.47       78.11
          8 |     27,584        2.80       80.91
          9 |     11,853        1.20       82.11
 10 or more |    176,357       17.89      100.00
------------+-----------------------------------
      Total |    985,670      100.00

.
.
. tabstat duration, statistics(median mean p75 p95 p99)

    variable |       p50      mean       p75       p95       p99
-------------+--------------------------------------------------
    duration |         4  6.850692         5        18        50
----------------------------------------------------------------

. gen dur1=" " + string(duration)

. replace dur1="10 or more" if duration>=10
variable dur1 was str6 now str10
(108,124 real changes made)

. tab dur1

       dur1 |      Freq.     Percent        Cum.
------------+-----------------------------------
          3 |    367,744       37.31       37.31
          4 |    353,407       35.85       73.16
          5 |    123,754       12.56       85.72
          6 |     12,954        1.31       87.03
          7 |      6,785        0.69       87.72
          8 |      6,006        0.61       88.33
          9 |      6,896        0.70       89.03
 10 or more |    108,124       10.97      100.00
------------+-----------------------------------
      Total |    985,670      100.00

. * sensitivity to threshhold
. * need to first set threhshold and then check numberof calls and unique
numbers, removing numbers with only 1 call
. quietly replace tmp1=0

. foreach thresh of numlist 3/10  {
  2. preserve
  3. quietly keep if duration>=`thresh'
  4. quietly bysort tonumber: keep if _N>1
  5. quietly bysort tonumber: replace tmp1=_n
  6. display "`thresh'"
  7. count
  8. count if tmp1==1
  9. restore
 10. }
```

```
3
  985,670
  198,196
4
  585,540
  142,161
5
  216,810
  61,003
6
  87,809
  33,255
7
  75,153
  29,590
8
  68,443
  27,536
9
  62,303
  25,633
10
  56,001
  23,542

. log close
      name:  <unnamed>
       log:
D:\_clients2023\ML_Bronstin_Servbank\programsdata\servbank_analyze_20260820.l
og
  log type:  text
 closed on:  20 Aug 2026, 18:42:24
```

## APPENDIX II: Alan J. Salzberg Resume and Testimony History

### EXPERIENCE

**Salt Hill Statistical Consulting, Founder and Principal, 2000-present**
Founder and Principal of a statistical consulting company (formerly Quantitative Analysis). The firm is skilled at presenting complex ideas to non-experts, including providing expert testimony in more than two dozen trials, hearings, and depositions over the last 20 years. Capabilities include development and implementation of statistical techniques as well as critical review and audit of existing statistical estimates, samples, and models. The company's clients are law firms, government, and private corporations and have included: United States Department of Labor; Pfizer; Barnes & Thornburg; Honeywell; K&L Gates; City of New York.

**Statistics Instructor, Wharton School, University of Pennsylvania, 2022-2024**
Taught honors introductory undergraduate statistics courses. The courses cover statistical sampling, experimental design, probability, regression modeling, and other statistical analyses.

**Summit Consulting, Teaming Partner, 2009-present**
Consult on multiple engagements with economic consulting firm on large-scale government projects. Served as a Director at the firm in 2014.

**Analysis & Inference, Inc., CEO, 1991-1995 and 2008-2013**
Led a statistical consulting company that provides consulting services to corporations, law firms, and government.

**KPMG LLP, Practice Leader, Quantitative Analysis Group – New York, 1996-2000**
Established and led the New York office of KPMG's Quantitative Analysis Group.

**Morgan Stanley, Associate, 1988-1990, 1995-1996**
Performed statistical modeling and software design.

### EDUCATION

**Ph.D., Statistics**, Wharton School, University of Pennsylvania, 1995
**M.A., Statistics**, Wharton School, University of Pennsylvania, 1992
**B.S., Economics** (concentration in Economics and Finance), *cum laude,* Wharton School, University of Pennsylvania, 1988

### ENGAGEMENTS

- Served as a statistical consultant on behalf of the United States government and other entities in the development of dynamic models for residential property valuation in order to determine whether certain residential mortgage-backed securities (RMBS) were fairly valued. Made use of statistical and econometric techniques including regression modeling, statistical sampling, bootstrapping, and bias adjustment.

- Served as a statistical expert on behalf of a nuclear power plant owner in a construction delay dispute. Analyzed a statistical sample and model from a population of more than 100,000 comments on design documents. Authored three expert reports and testified before the International Chamber of Commerce's arbitration court in London.

- On behalf of the United States Department of Labor, acted as the principal investigator on a study of industry compliance with labor laws relating to wages and overtime. Developed and pulled a statistical sample for evaluation. Performed survival analysis to better understand how long certain industry investigations would last and the likely outcomes of such investigations.

- On behalf of the New York State Office of Medicaid Inspector General, reviewed the sampling and estimation methodology used to audit Medicaid providers in New York State. Reviewed and critiqued specific methodologies in ongoing matters, and provided recommendations for improving the statistical audit process.

- Using social security and insurance company data, developed two probability-based models in order to match unclaimed assets with the individual owners of those assets. The models were successfully implemented at our client, a financial services company, and used to assist state agencies in locating unclaimed assets.

- In numerous matters on behalf of the United States Department of Justice, designed and implemented statistical samples and analyzed healthcare data to assist in ascertaining the validity of claims of civil fraud and, when appropriate, quantified the extent of such fraud. Wrote expert reports and advised the DOJ on the statistical strength of the evidence.

- Assisted the City of New York in a matter concerning the potential discrimination inherent in certain rules regarding a housing lottery. Served as an expert consultant in evaluating demographic data on hundreds of thousands of applications and the results of the lottery over several years.

- Served as a statistical sampling expert on behalf of an arbitration panel in a dispute regarding payments on several thousand healthcare claims. Analyzed data from samples of those claims and made recommendations to the arbitration panel regarding proper interpretation and extrapolation of the sample.

- On behalf of a Fortune 100 company, evaluated models that estimated the potential liability in more than 10,000 asbestos settlements. In addition, reviewed the likely bias and other issues with a model that predicted the "propensity to sue" for future claims. Wrote two expert reports concerning findings and testified as a statistical expert regarding those findings.

- In a series of matters on behalf of the law department for a major city, created and analyzed a massive real estate database, modeled market and sales values, and wrote expert reports to determine potential biases of alternative methods of valuing commercial real estate.

Determined the validity of assumptions about lease lengths, turnover rates, and other issues affecting rents and property values. Testified as a statistical expert in one of these matters.

- For major pharmaceutical company, analyzed company and external marketing data to determine reliability and potential biases in using external data sources. Analyzed physician-specific data for a period of 36 months concerning product marketing to approximately 1 million prescription drug subscribers.

- In complex litigation matter involving an undersea oil field, analyzed data from several years of inspections and repairs to determine likelihood of a catastrophic failure that would result in a major oil spill. Used survival analysis to determine the likelihood of such an event for different inspection and repair cycles.

- On behalf of several state public service commissions, directed data analysis and statistical design in a series of tests of Bell South, Verizon, SBC-Ameritech, and Qwest. Beginning in 1998, developed software and procedures for calculating performance metrics and evaluating the competitive environment. Testified before several state public service commissions, including New York, Virginia, Florida, Michigan, and Colorado.

- Modeled television audience ratings to determine the Public Broadcasting System's share of cable royalty distributions. Used statistical methods to determine a reliable estimate of PBS's cable royalty share. The estimate resulted in a multi-million dollar decision in favor of the Public Broadcasting System by the Cable Royalty Tribunal.

- Lead statistician in the design and implementation of a sample of all personal property and equipment on behalf of the United States Internal Revenue Service. The population of interest involved more than one million items contained in over 1,000 buildings. The sample design, implementation, and resulting estimates and projections were subject to intense scrutiny by the United States General Accounting Office.

- For the United States Department of Justice, designed and implemented a sample to estimate the number of immigrants improperly granted citizenship. The sample was designed to provide precision of plus or minus less than 1%, for a population of more than 1 million immigrants. The work was the focus of intense congressional scrutiny and received substantial review in the media.

- On behalf of Fortune 100 company, created statistical models to determine the probabilities and likely severities of accidents for different employee and accident types. This project resulted in recommended annual savings of $3 million.

- On behalf of the Arava Institute of Environmental Studies, advised on design and sampling methodology for a broad-based survey of environmental education in middle and high schools. More than 7,000 students were surveyed in a sample that was stratified by size of town, income level, and other socio-economic variables. Performed weighted statistical analysis to project survey results to the population. Presented results before Israeli Congressional committee in July 2007.

- For the United States Customs Service (Department of Homeland Security), assisted with sampling of financial statement information. Designed and wrote sampling plans, helped implement the plans, and created spreadsheet calculator to analyze results. In an earlier engagement, evaluated the credibility of statistical sampling and analysis used to track and categorize imports, for the Office of Inspector General. Suggested improved methods of sampling and implementation.

## PUBLICATIONS

"Machine Learning Techniques Applied to Residential Home Price Estimations: Robust Regression and Bootstrapping for Bias and Precision Quantification," with Albert Lee, *Joint Meetings of the American Statistical Association,* 2025 (presented by Albert Lee), available at https://doi.org/10.5281/zenodo.17653145.

"By ignoring statistics, the government sometimes spread pandemic misinformation", *Joint Meetings of the American Statistical Association*, Portland, Oregon, 2024.

"The Insanity of Mandating Camp Boosters for Kids," with Abraham Wyner, *Tablet Magazine*, June 2022.

"From Fingerprints to Opioids: How Data Science Can Support Law and Public Policy," with Corey West, *Kansas Journal of Law and Public Policy,* Summer 2020.

"Resolving a Multi-Million Dollar Contract Dispute with a Latin Square," *American Statistician*, with William B. Fairley, Steven M. Crunk, Peter J. Kempthorne, Julie Novak, and Bee Leng Lee, 2017.

"What are the Chances?" blog, 2007 to present. Excerpts have been included in newspapers and textbooks, including Lundsford, Andrea L. and Ruszkiewicz, John, *Everything's an Argument, 6th Edition,* 2012. The blog is publicly available at https://salthillstatistics.com/blog.

"Law and Statistics of Combining Categories: Wal-Mart and Employment Discrimination Cases", with Albert J. Lee, *Proceedings of the 2010 Joint Statistical Meetings of the American Statistical Association*, 2010.

"Evaluating the Environmental Literacy of Israeli Elementary and High School Students," with Maya Negev, Gonen Sagy, and Alon Tal, *Journal of Environmental Education,* Winter 2008.

"Trends in Environmental Education in Israel," with Gonen Sagy, Maya Negev, Yaakov Garb, and Alon Tal, *Studies in Natural Resources and Environment,* Vol. 6, 2008. [In Hebrew]

"Results from a Representative Sample in the Israeli Educational System," with Gonen Sagy, Maya Negev, Yaakov Garb, and Alon Tal, *Studies in Natural Resources and Environment,* Vol. 6, 2008. [In Hebrew]

"Mapping Environmental Literacy in Israel," with Gonen Sagy, Maya Negev, Yaakov Garb, and Alon Tal, 35th Annual NAAEE Conference: Building Environmental Education in Society, St. Paul, MN, 2006.

"Comment on Local model uncertainty and incomplete-data bias by Copas and Li," with Paul R. Rosenbaum, *Journal of the Royal Statistical Society, Series B*, 2005.

"Determining Air Exchange Rates in Schools Using Carbon Dioxide Monitoring", with D. Salzberg and C. Fiegley, presented at the *American Industrial Hygiene Conference and Expo*, 2004.

"The Modified Z versus the Permutation Test in Third Party Telecommunications Testing", *Proceedings of the 2001 Joint Statistical Meetings of the American Statistical Association*.

"Removable Selection Bias in Quasi-experiments," *The American Statistician,* May 1999.

"Skewed oligomers and origins of replication," with S. Salzberg, A. Kervalage, and J. Tomb, *Gene,* Volume 217, Issue 1-2 (1998), pp. 57-67.

"Selection Bias in Quasi-experiments," (Doctoral Thesis), 1995.

**Editorial Contributor** (referee for scholarly papers)**,** *American Statistician*.

***Patent*** *(#6,636,585)* One of five inventors on a patent for statistical process design related to information systems testing.

## FOUR YEAR TESTIMONY HISTORY

1. [Deposition], Absolute Resolutions, Investments, LLC vs. Citibank, NA 2025.
2. [Trial], *Pedraza/Martinez v. NYCTA,* 2025.
3. [Deposition], *Emily Fitzmorris, et al., vs. New Hampshire Department of Health and Human Services, et al,* 2025.
4. [Deposition], *Palmer v. State of Maryland,* 2025.
5. [Deposition], *John Wilson v. Ancestry.com Operations Inc., et al.,* 2024.
6. [Deposition], *Bonilla et al, v. Ancestry.com, et al,* 2024.
7. [Trial] *Getaround, Inc. v. Broadspire Services, Inc.,* 2024.
8. [Deposition] *Getaround, Inc. v. Broadspire Services, Inc.,* 2023.
9. [Deposition] *Sessa, et al, v. Ancestry.com, et al,* 2023.
10. [Deposition] *G.K., et al., v. Christopher Sununu, et al.,* 2023.
11. [Depositions] *Center for Independence of the Disabled, et al, v. Metropolitan Transit Authority, et al,* 2018, 2019, and 2023.
12. [Deposition] *Pickett, et al, v. City of Cleveland.* 2022.