# Exhibit AA

## Bronstin Telephone Solicitation Chart

[illegible]

| Call Date | Call Time | Duration | Telemarketer | Traffic Direction | CDR Type | Notes | Notes - Investigation |
|---|---|---|---|---|---|---|---|
| 02-01-22 | 11:06 AM | 0:00:00 | 7757903938 | Inbound | SMS | | |
| 02-01-22 | 11:06 AM | 0:00:00 | 7757903938 | Outbound | SMS | | |
| 02-01-22 | 10:43 AM | XX:XX:XX | 240-858-8120 | Inbound | VOICE | | |
| 08-31-22 | 10:38 AM | 00:06:36 | 240-858-8128 | Inbound | VOICE | | |
| 06-08-23 | 10:30 AM | 00:00:00 | 520-593-5957 | Inbound | VOICE | Declined Call | |
| 06-08-23 | 01:29 PM | 00:00:00 | 520-593-5957 | Inbound | VOICE | Missed Call | |
| 06-09-23 | 08:42 AM | 00:01:46 | 520-593-5957 | Inbound | VOICE | | |
| 06-10-23 | 10:58 AM | 00:21:46 | 520-593-5957 | Inbound | VOICE | | |
| 06-12-23 | 11:21 AM | 00:00:00 | 206-910-5888 | Inbound | SMS | | |
| 06-12-23 | 02:12 PM | 00:00:00 | 206-910-5888 | Outbound | SMS | STOP | |
| 06-12-23 | 02:09 PM | 00:00:00 | 775-790-3938 | Outbound | SMS | STOP | |
| 06-12-23 | 11:19 AM | XX:XX:XX | 206-910-5888 | Inbound | VOICE | | |
| 07-18-23 | 03:23 PM | 00:00:00 | 240-858-8136 | Inbound | VOICE | Declined Call | |
| 07-25-23 | 04:02 PM | 00:00:50 | 240-858-8136 | Inbound | VOICE | | |
| 07-28-23 | 04:10 PM | 00:00:00 | 240-858-8136 | Inbound | VOICE | Missed Call | |
| 07-29-23 | 04:33 PM | 00:00:51 | 240-858-8136 | Inbound | VOICE | | |

EXHIBIT
1
3-20-26
PENGAD 800-631-6989