**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Asher Bronstin
Plaintiff,
v.
Servbank SB
Defendant.

Case No.: 1:25−cv−06182
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff shall file a response to Defendant's motion to exclude or, alternatively, to limit the opinions of Plaintiff's expert Aaron Woolfson [65] by 12/2/2026. Defendant shall file a reply by 12/16/2026. Once the matter is fully briefed, the Court shall take it under advisement. No appearance necessary on 11/4/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.