**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ASHER BRONSTIN, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. |
| Plaintiff, | : | JUDGE COLEMAN<br>MAGISTRATE JUDGE VALDEZ |
| v. | : | **1:25-cv-06182** |
| SERVBANK SB (FORMERLY ALLIED FIRST BANK) | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

This matter before the Court on Plaintiff's Unopposed Motion for Leave to Exceed Page Limit, due notice having been given, and the Court being fully advised, IT IS HEREBY ORDERED:

1. The motion is GRANTED.

2. Plaintiff is granted leave to file a response to Defendant's Motion to Exclude or, Alternatively, to Limit the Opinions of Plaintiff's Expert Aaron Woolfson (ECF No. 65) not to exceed twenty-five (25) pages, exclusive of the caption, the table of contents and table of cases required by Local Rule 7.1, the signature block, and the certificate of service.

3. The briefing schedule previously set by the Court remains in effect. Plaintiff's response is due by December 2, 2026, and Defendant's reply is due by December 16, 2026.

BY THE COURT:

______________________________
Hon. Sharon Johnson Coleman
United States District Judge

Dated: ______________________