**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Asher Bronstin
Plaintiff,
v.
Case No.: 1:25−cv−06182
Honorable Sharon Johnson Coleman
Servbank SB
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's unopposed motion for leave to exceed page limit for opposition to defendant's motion to exclude or limit expert opinions [70] is granted. Plaintiff shall limit its response to 25 pages. No appearance necessary on 11/25/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.